**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Benefits Data Trust** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-3455598** |

4. Debtor's address

**Principal place of business**

**Centre Square West**
**1500 Market Street**
**Suite 2700**
**Philadelphia, PA 19102**
Number, Street, City, State & ZIP Code

**Philadelphia**
County

**Mailing address, if different from principal place of business**

**PO BOX 3212**
**Cherry Hill, NJ 08034**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    **www.bdtrust.org**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Benefits Data Trust | Case number (if known) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
___813311___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | **Benefits Data Trust** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Benefits Data Trust** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 11, 2024**
MM / DD / YYYY

**X** **/s/ Wendy Starner**                                **Wendy Starner**
Signature of authorized representative of debtor          Printed name

Title  **Interim CEO and CFO**

---

**18. Signature of attorney**

**X** **/s/ Michelle Lee**                      Date **October 11, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Michelle Lee**
Printed name

**Dilworth Paxson LLP**
Firm name

**1500 Market Street**
**Philadelphia, PA 19102**
Number, Street, City, State & ZIP Code

Contact phone  **856-323-1100**      Email address  **bky@dilworthlaw.com**

**202229 PA**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Benefits Data Trust** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **Corporate Ownership Statement**
**Attachments related to the Schedules and Statement of Financial Affairs**
**Global Memorandum**

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **October 11, 2024** | X **/s/ Wendy Starner** |
| | | Signature of individual signing on behalf of debtor |
| | | **Wendy Starner** |
| | | Printed name |
| | | **Interim CEO and CFO** |
| | | Position or relationship to debtor |

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**BENEFITS DATA TRUST**
**Board of Directors Meeting**
**September 18, 2024**

I, Margaret Berger Bradley, Board Secretary of Benefits Data Trust, a Pennsylvania nonprofit corporation ("**BDT**"), hereby certify:

1. I am the duly qualified and elected Board Secretary of BDT and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of BDT.

2. I am the custodian of the books and records of the Board of Directors of BDT.

3. The resolutions (the "**Resolutions**") attached hereto as **Exhibit A** were duly adopted at a lawfully convened, special meeting of the Board of Directors on September 18, 2024. A quorum of the Board was present via Zoom video conference call. The Resolutions were approved by the Board in accordance with the requirements of BDT's governing documents; and

4. The Resolutions have been recorded in the Minutes of BDT.

5. The Resolutions have not been amended, altered, annulled, modified or rescinded and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board relating to the matters set forth in the Resolutions.

IN WITNESS HEREOF, the undersigned has executed this certificate as of the ᵗʰ day of September, 2024.

Margaret Berger Bradley
Board Secretary
Benefits Data Trust

EXHIBIT "A"

**BENEFITS DATA TRUST**

**Resolutions of the
Board of Directors of Benefits Data Trust
Authorizing the Filing of a Chapter 7 Bankruptcy
September 18, 2024**

**WHEREAS**, the Board of Directors (the "Board") of Benefits Data Trust, a Pennsylvania nonprofit corporation ("BDT"), has reviewed and considered the materials presented by the management and the financial, legal, and other advisors of BDT regarding the financial and operational conditions of BDT; the assets, liabilities and liquidity situation of BDT; the short-term and long-term prospects of BDT; the strategic alternatives available to BDT, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (11 USC §§ 101 et seq., the "Bankruptcy Code") and the impact of the foregoing on BDT and BDT's business and operations;

**WHEREAS,** the Board has had the opportunity to consult with the management and the financial, legal, and other advisors of BDT and fully consider each of the strategic alternatives available to BDT;

**WHEREAS**, following a duly noticed special meeting at which a quorum was present and in accordance with the requirements of BDT's governing documents, the Board has APPROVED and CONSENTED to the following resolutions (the "Resolutions"):

**NOW, THEREFORE, BE IT**

**RESOLVED**, that, in the judgment of the BDT's Board, it is desirable and in the best interests of BDT, its creditors and other parties in interest, that BDT file a voluntary petition for relief (the "Bankruptcy Petition") under the provisions of chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED** that this Board authorizes, empowers and directs the Chair of the Board, the Interim Chief Executive Officer ("Interim CEO") and any other available officer of BDT, as the proper officer (the "Authorized Officer"), without further action of this Board to: (i) execute, verify and file the Bankruptcy Petition in the name and on behalf of BDT, with such Bankruptcy Petition to be filed at such time and in such venue as the Authorized Officer shall determine in the Authorized Officer's discretion; (ii) execute, verify and file all petitions, schedules, lists, motions, applications, pleadings and other papers or documents necessary or appropriate as determined by the Authorized Officer in connection with the BDT's Chapter 7 case (the "Bankruptcy Case"); (iii) take and perform any and all further acts and deeds that the Authorized Officer deems necessary, proper and desirable to obtain such relief as authorized herein and in connection with the Bankruptcy Case; (iv) appear as necessary at all bankruptcy proceedings on behalf of BDT, including attending the 341 Meeting of Creditors; and (v) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the Resolutions adopted herein; and it is

**FURTHER RESOLVED** that the Authorized Officer shall be, and hereby is, authorized and directed to employ the law firm of Dilworth Paxson LLP as general bankruptcy counsel to represent and assist BDT with filing the Bankruptcy Petition, commencing the Bankruptcy Case, and carrying out BDT's duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to, after and immediately upon filing of the chapter 7 case and, if required, cause to be filed an appropriate application for authority to retain the services of Dilworth Paxson LLP; and it is

**FURTHER RESOLVED** that the Authorized Officer be, and they hereby are, authorized and directed to employ any other professionals to assist BDT in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to, after or immediately upon the filing of the chapter 7 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is

**FURTHER RESOLVED** that, in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer shall be, and hereby is, authorized, directed and empowered, in the name and on behalf of BDT, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents, and to pay all expenses, including filing fees, in each case as in the Authorized Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and it is

**FURTHER RESOLVED** that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of BDT under Chapter 7 of the Bankruptcy Code, or any matter related thereto, be and hereby are, approved and ratified in all respects as the acts and deeds of BDT; and it is

**FURTHER RESOLVED** that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of BDT, which acts (i) would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified or (ii) were approved by prior resolutions, are hereby in all respects approved and ratified; and it is

**FURTHER RESOLVED** that these Resolutions may be executed by electronic signature and electronic transmission including via DocuSign or other similar method, and these Resolutions may be executed in one or more counterparts.

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 7** |
| **Benefits Data Trust** | ) | |
| | ) | **Case No. 24- ()** |
| | ) | |
| **Debtor.** | ) | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

### Introduction

Benefits Data Trust ("Debtor") has filed its Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*Statements*"). These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "*Global Notes*") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements may contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable best efforts to report the assets and liabilities. In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

Wendy Starner has signed each of the Schedules and Statements. Ms. Starner is the Interim Chief Executive Officer and Chief Financial Officer and has signing authority. In reviewing and signing the Schedules and Statements, Ms. Starner relied upon the efforts, statements and representations of various personnel employed by Debtor and its advisors. Ms. Starner has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Furthermore, the fact that the Debtor has prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Notes or specific notes to the rest of the Debtor's Schedules and Statements, as appropriate.

#124637301v1

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

**<u>Global Notes and Overview of Methodology</u>**

**<u>Global Notes Control.</u>** In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against the Debtor. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**<u>Net Book Value of Assets</u>**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations for its assets. Therefore, assets such as office furniture and equipment are listed as unknown. Additionally, because the book values of digital assets, such as computer code and platforms, may materially differ from their fair market values, they are listed as unknown amounts as of the Petition Date.

**<u>Insiders</u>**. For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) officers; (c) relatives of directors or officers of the Debtor (to the extent known by the Debtor); and (e) Debtor.

Persons listed as "insiders" have been included for informational purposes only. Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or authority of such individual; or (d) whether such individual could successfully argue that they are not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose. The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code.

**<u>Intellectual Property Rights</u>**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Executory Contracts**. Although Debtor has made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease. Furthermore, while the Debtor has made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

### Specific Disclosures with Respect to the Debtor's Schedules

**Schedules Summary.** Except as otherwise noted, the asset and liability information provided herein represents the Debtor's data regarding its assets as of October 4, 2024. The Schedules contain information that may be subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts.

**Schedule A/B 2 - 4**. Cash balances are listed as of October 10, 2024.

**Schedule A/B 8.**

1. **Microsoft.** Creditor houses essential digital documents like Sharepoint. Debtor prepaid creditor for the identifiable critical systems only. The vendor, however, maintains that Debtor owes for other invoices that Debtor can neither identify nor reconcile. Therefore, the prepayment may be misapplied to non-critical system invoices. Emails to be provided to Trustee.

**Schedule A/B 11**. Prior to closing, Debtor's remaining staff diligently worked to provide the information necessary to collect on the outstanding Account Receivables, including invoices and receipts.

**The following entities "verified" the information provided by Debtor to be correct and advised that payments are in the "que":**

1. Maryland Department of Human Resources
2. Mayor's Office of Community Empowerment
3. University of PA Health System Center (CHIBE)
4. Hunger Solutions: Trustee will need to sign additional contract for the work performed 2023/2024 for complete payment. Debtor has requested the contract since April, 2024.

**The following entities received information to verify, however, are withholding payment:**

1. Magellan Health: Account is under audit. Upon information and belief, all information is accurate and was provided.
2. Center for Health Care Strategies (CHCS): Advised by Debtor that account will go to collections.

**Schedule A/B 64.** Intellectual Property is listed as an unknown amount. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly

#124637301v1

from their net book value. Several programs relied on Personally Identifiable Information ("PII") to run. Debtor destroyed the PII and provided certifications to the various states and agencies. Therefore, the intellectual property may have no value and best donated to the public as open source code.

Of import, the grants should be reviewed to determine what rights and/or restrictions, if any, the grantors may have in the intellectual property. Comingled rights and/or restrictions likely also exist. Ultimately, the intellectual property is best donated to the public as open source code. Prior to filing, Google offered to handle the costs and expertise to transfer to open source. Google may be in the best position, because Google provided Google fellows and technical assistance to develop some of the intellectual property. An **Open Source Memorandum** will be provided to the Trustee.

**Schedule A/B 67.** Debtor made all reasonable efforts to destroy any PII. Debtor hired third party professionals to wipe and/or destroy all computers received as a part of its due diligence. Debtor also destroyed all data in the cloud. Certificates of Destruction were sent to the various state agencies and the Attorney General's office.

**Schedule A/B 73.** Debtor has included a listing of its insurance policies in response to Question 73, however, a determination as to the surrender or refund value of each of the insurance policies has not been made and, therefore, the balance is listed as undetermined.

**Schedule A/B 75.** Debtor may have causes of action against individuals who failed to either return their laptop or provide proof that their laptop was returned. These individuals received training related to Debtor's wind down and multiple requests (calls, mail, emails) to return the laptops. Due to the nature of their roles and ability to have access to PII, return of the laptops is essential to determine the status of any PII, including whether PII remains on the machine and/or whether PII was downloaded. Moreover, certain individuals may have transferred Debtor's intellectual property and PII to personal accounts/clouds. Debtor has provided details to the Trustee of the events in a **Cyber Security Memorandum**. Notwithstanding, the Debtor's failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule A/B 76**. Debtor formed an Irrevocable Trust  containing $125,000 to pay for deductibles required by the Debtor's prepetition insurance policies. After the applicable statute of limitations, any unused funds and interest thereon will be turned over to the Trustee or the Trustee's successor. Bankruptcy counsel will serve as trustee of the trust without compensation.

**Schedule E/F.** The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F, based upon the Debtor's books and records as of the Petition Date. Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

1. **Microsoft:** Creditor houses essential digital documents like Sharepoint. There is a dispute, because Debtor prepaid creditor for the identifiable critical systems only. The vendor,

#124637301v1

however, maintains that Debtor owes for other invoices that Debtor can neither identify nor reconcile. Therefore, the prepayment may be misapplied to non-critical system invoices.

2. **Rasa Technologies**: RASA failed to meet its overall obligations under the Agreement to deliver production grade platforms and products for Debtor's client operations. In particular, RASA failed to meet its obligations under paragraphs 4 (Support) and 6 (Warranty) as well as the functionality described in the Order Form (Statement of Work). The failures constituted a material breach of the terms of the Agreement. Despite multiple discussions and notifications over multiple months, Debtor sought to terminate the Agreement because RASA failed to cure the breaches. See RASA Termination Memorandum provided to Trustee.

3. **Hunger Solutions:** Trustee must collect on the AR before payment of the $77,784.37. Creditor still needs to perform by signing the contract requested since April for 10/1/23-9/30/24 to recoup this amount. Once the contract is signed, creditor will submit the invoices to New York. The $77,784.37 is included as a reimbursable expense on the invoices submitted to Hunger Solutions.

4. **Onshore Momentum:** One of their consultants may have a laptop. If so, that may contain PII.  Follow-up on the laptop should be done before reimbursement of debt.

**Schedule G.** Although reasonable efforts have been made to ensure the accuracy of Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

### Specific Disclosures with Respect to the Debtor's Statements (Statement of Financial Affairs)

**Statement 1 & 2.** Revenue amounts listed are through October 7, 2024

**Statement 3.** Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11). The amounts listed in Statement 3 reflect the Debtor's disbursements

netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4.** With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, and/or severance and the like.

Solely for purposes of the Schedules and Statements, Debtor defines "Insiders" to include the following: (a) directors; (b) officers; (c) relatives of directors or officers; and (e) Debtor. The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 11.** Certain payments to professionals included on Statement 11 may not have been made in relation to bankruptcy preparation and may be included on this response.

**Statement 16.** Debtor collected financial and medical information for various agencies. See Debtor's **Executive Summary related to destruction of PII**, and **Cyber Memorandum** for recently discovered concerns.

**Statement 26d.** The Debtor has provided audited and unaudited financial statements in the ordinary course of its business to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtor generally does not track such sharing. Moreover, the parties with which the Debtor has shared such financial statements may be in turn further shared the financial statements with other entities without the Debtor's knowledge or consent.

**Statement 30**. The responses to this item are included in Statement 4.

**Fill in this information to identify the case:**

Debtor name    **Benefits Data Trust**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ _____ 8,129,604.89

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____ 8,129,604.89

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 179,666.68

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____ 7,382,741.33

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                              $ _____ 7,562,408.01

**Fill in this information to identify the case:**

Debtor name  **Benefits Data Trust**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.    **Cash on hand**                                                                     **$0.00**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **WSFS** | **checking** | **9107** | **$2,460,540.99** |
| 3.2. | **WSFS** | **savings** | **9992** | **$151,720.10** |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Dilworth Held Payroll Trust Account** | **$746,017.31** |

5.    **Total of Part 1.**                                                            **$3,358,278.40**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

Debtor   **Benefits Data Trust**                                        Case number *(If known)*  _____
_____
        Name

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment
     **Prepaid Storage: Github**
     **Main repository for BDT's proprietary IT code for software applications.**
     **Prepaid through Decemeber 31, 2024**
     **Email: ar@github.com**

| | | |
|---|---|---:|
| 8.1. | **Annual license fee due February 2025** | **$1,329.00** |
| 8.2. | **Prepaid Accounting Software:   Abila**<br>**Paid through December 2024** | **$2,303.05** |
| 8.3. | **Prepaid Storage: Iron Mountain**<br>**Paid through December** | **$1,000.78** |
| 8.4. | **Prepaid technology/platform/storage  Microsoft**<br><br>**See Global Notes**<br>**Prepayment amount disputed** | **$11,500.00** |
| 8.5. | **Prepaid Insurance: Erie Insurance (Package)** | **$23,042.00** |
| 8.6. | **Prepaid Insurance: Underwriters at Lloyd's (Professional Liability)** | **$30,724.84** |
| 8.7. | **Prepaid Insurance: Travelers (D&O Liability, Employment Practice, Tail D&O, Tail Employment)** | **$14,327.00** |
| 8.8. | **Prepaid Insurance: Hiscox Insurance (Tail - Cyber Liability - Primary)** | **$19,927.00** |
| 8.9. | **Prepaid Insurance: Westchester Surplus (Tail - Cyber - 1st Layer)** | **$23,800.00** |
| 8.10. | **Prepaid Insurance: At Bay - Trisura (Tail - Cyber - 2nd Layer)** | **$16,652.00** |
| 8.11. | **Retainer - Dilworth Paxson LLP** | **$62,687.20** |
| 8.12. | **Retainer: Laura Solomon**<br>**Related to PA AG's Office** | **$1,917.66** |

| Debtor | **Benefits Data Trust** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Prepaid Storage: Dropbox**

| 8.13. | **Back-up files of critical folders from Share Point (e.g. financial, legal and technology) Access expires 10/19/24.  Must be renewed.** | **Unknown** |
|---|---|---|

| 8.14. | **Prepaid Insurance: Erie (umbrella)** | **$5,324.00** |
|---|---|---|

| 9. | **Total of Part 2.** | **$214,534.53** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**     Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **200.00** | - | **0.00** | = .... | **$200.00** |
| 11a. 90 days old or less: | **8,000.00** | - | **0.00** | = .... | **$8,000.00** |
| 11a. 90 days old or less: | **2,546,632.02** | - | **0.00** | = .... | **$2,546,632.02** |
| 11a. 90 days old or less: | **199,863.25** | - | **0.00** | = .... | **$199,863.25** |
| 11a. 90 days old or less: | **602,513.21** | - | **0.00** | = .... | **$602,513.21** |
| 11a. 90 days old or less: | **34,805.00** | - | **0.00** | = .... | **$34,805.00** |
| 11a. 90 days old or less: | **16,198.06** | - | **0.00** | = .... | **$16,198.06** |
| 11b. Over 90 days old: | **26,794.66** | - | **0.00** | =.... | **$26,794.66** |
| 11b. Over 90 days old: | **80,002.50** | - | **0.00** | =.... | **$80,002.50** |

| Debtor | **Benefits Data Trust** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | 11b. Over 90 days old: | **701,162.83** | - | **0.00** =.... | **$701,162.83** |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$4,216,171.53

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Furniture** **Like New** | | | |
| **See Schedule A/B 39 attached** | **Unknown** | **N/A** | **Unknown** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Computers** | | | |
| **See Schedule A/B 41 attached** | **Unknown** | **N/A** | **Unknown** |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$0.00

| Debtor | **Benefits Data Trust** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☑ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| none | | $0.00 | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** https://bdtrust.org | $0.00 | N/A | $0.00 |

| Debtor | **Benefits Data Trust** | Case number *(If known)* | |
| | Name | | |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**
    **PRISM**

**Platform for phone-based benefits assistance**

| See Global Notes | Unknown | N/A | Unknown |
| --- | --- | --- | --- |

**TERRI**

**Next generation platform for phone-based benefits assitance**

| See Global Notes | Unknown | N/A | Unknown |
| --- | --- | --- | --- |

**Wyatt**

**Digital FAFSA Advisor - text message and AI powered chatbots that assist users with filling out FAFSA**

| See Global Notes | Unknown | N/A | Unknown |
| --- | --- | --- | --- |

**Compass**

**PRISM application submission in PA**

| See Global Notes | Unknown | N/A | Unknown |
| --- | --- | --- | --- |

**Mobile Document Upload (MDU)**

**Client-facing application used to upload digital versions of documents in support of benefits applications**

| See Global Notes | Unknown | N/A | Unknown |
| --- | --- | --- | --- |

**Digital Caseworker**

**Prototype of a GenAI chatbot with content to answer questions about SNAP applications**

| See Global Notes | Unknown | N/A | Unknown |
| --- | --- | --- | --- |

**Community PRISM**

**Licenses benefit assistance platform
Being sunset**

| See Global Notes | Unknown | N/A | Unknown |
| --- | --- | --- | --- |

Debtor    **Benefits Data Trust**                                    Case number *(If known)* _____
          _____
          Name

**Eligibility Solution: Quick Screener, Eligibility API**

**Tools to quickly determine benefit eligibility.
Several software applications
Being sunset**

**See Global Notes** _____     Unknown    N/A _____     Unknown

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | **$0.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ☑ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

                                                                    **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

       **See Schedule A/B 73 Attachment.** _____     **Unknown**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Debtor | **Benefits Data Trust** | Case number *(If known)* _____ |
| --- | --- | --- |
| | Name | |

**See Schedule A/B 75 Attached.**

**Certain individuals failed to either return laptops or provide proof that laptop was returned despite receipt of training on the handling of laptops at termination. These laptops may contain PII information. See Global Notes and Cyber Security Memorandum.**

| Nature of claim | **Employee Theft, Potential Data Breach** | **Unknown** |
| --- | --- | --- |
| Amount requested | To be determined | |

**Upon review, certain individuals may have transferred Debtor's Intellectual Property and PII information to their personal cloud/storage. Further discovery is necessary.**

**See Global Notes and Cybersecurity Memorandum**

| Nature of claim | **Employee Theft, Data Breach** | **Unknown** |
| --- | --- | --- |
| Amount requested | To be determined | |

**RASA Technology** — **Unknown**

| Nature of claim | **Breach of Contract** | |
| --- | --- | --- |
| Amount requested | To be determined | |

| 76. | **Trusts, equitable or future interests in property** | |
| --- | --- | --- |
| | **Irrevocable Trust of Benefits Data Trust** | **$125,000.00** |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| --- | --- | --- |
| | **Outstanding Employee Expenses** | |

**Stephanie Baker - $36.77  reimbursement for restaurant was more than receipt substantiated
E. Zygmut - $15.30 for alcohol charge
Shaniqua Miller - $62.50  unpaid loan** — **$114.57**

**Refund
Call Center Service : Five9**

**Dispute with provider over return of funds, because no longer required services after 8/2024.** — **$14,693.23**

**Refund Health Services: Tava Health**

**Debtor sought return of prepayment. However, Creditor claims Debtor breached contract. Debtor is still waiting for contract and invoice.** — **$3,043.75**

**Refund:
Retainer Forensic Review: Getzler Henrich**

**Check in transport.** — **$11,070.00**

Debtor   **Benefits Data Trust**                                    Case number *(If known)* _____
_____
Name

**Refund:**
**Dun & Bradstreet**

**Creditor acknowledged that funds need to be returned**
**because of double payment.**                                                    $3,426.00

---

**WSFS Remaining Letter of Credit**
**163,333.34 + 110% of face amount of letter of credit**

**Letter of Credit will not be renewed by bank. End date is**
**11/14/24.**                                                                     $179,666.68

---

**Refund:**
**Retainer: Montgomery McCracken Walker Rhoads LLP**

**Check in transit.**                                                             $3,606.20

---

78.   **Total of Part 11.**                                              | $340,620.43 |

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Benefits Data Trust**                                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,358,278.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $214,534.53 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,216,171.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $340,620.43 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,129,604.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,129,604.89 |

SCHEDULE A/B 39

| 27th Floor | |
|---|---|
| **Item** | **Quantity** |
| Box of paper bowls | 1 |
| Acrylic signs | 34 |
| Air purifier | 1 |
| Armchair | 6 |
| Bag BDT earbuds | 1 |
| BDT lanyard bag | 2 |
| BDT picnic blanket | 2 |
| BDT standing sign | 1 |
| Bookends | 3 |
| Books | 32 |
| Bottle of coins | 1 |
| Box of air freshener | 1 |
| Box of BDT notebooks | 1 |
| Box of BDT post its | 1 |
| Box of coffee cup lids | 2 |
| Box of envelopes | 7 |
| Box of file folders | 6 |
| Box of glass cleaner | 1 |
| Box of gloves | 12 |
| Box of hand sanitizer | 1 |
| box of masks | 6 |
| Box of paper plates | 1 |
| Box of paper towels | 3 |
| Box of plastic cups | 1 |
| Box of plastic cutlery | 6 |
| Box of printer paper | 1 |
| Box of tissue boxes | 3 |
| Box of toilet paper | 2 |
| Candle with holder | 6 |
| Canon camera | 1 |
| Carpet square | 16 |
| Catering trays | 10 |
| Ceiling tile | 12 |
| clothing steamer | 1 |
| Coat rack | 1 |
| Coffee maker | 1 |
| Coffee table | 1 |
| Corporate Seal | 1 |
| Crockpot | 1 |
| Cubicle | 72 |
| Cubicle clips | 300 |
| Cubicle hooks | 23 |

| 28th Floor | |
|---|---|
| **Item** | **Quantity** |
| Armchair | 19 |
| Awards | 7 |
| BDT sign | 1 |
| Beanbag chair | 1 |
| Blue china | 10 |
| Books | 245 |
| Bookshelf | 1 |
| Box of printer paper | 4 |
| Boxes of ceiling tiles | 4 |
| Boxes of jars | 8 |
| Cabinet | 11 |
| Clock | 2 |
| Coffee maker | 1 |
| Coffee table | 5 |
| Credenza | 3 |
| Cubicle | 206 |
| Deconstructed table | 4 |
| Desk | 15 |
| Drink dispenser | 1 |
| Fake plant | 2 |
| Footstool | 2 |
| Freezer | 1 |
| Games and puzzles | 36 |
| Glass bottles | 9 |
| Glass shelves | 6 |
| Gold china | 8 |
| Hard chair | 50 |
| Height adjustable chair | 2 |
| Height adjustable table | 1 |
| Ice machine | 1 |
| Lamp | 1 |
| Loose ceiling tiles | 4 |
| Loose whiteboard | 8 |
| Microwave | 3 |
| Milt's Library Plaque | 1 |
| Mini fridge | 1 |
| Model boat | 1 |
| Office chair | 241 |
| Paintings | 12 |
| Pedestal | 240 |
| Photo panels | 10 |
| Photo print | 8 |

| Item | Qty | | Item | Qty |
|---|---|---|---|---|
| Desk | 2 | | Posters | 4 |
| Desk organizer | 33 | | Reception desk | 1 |
| Digital camera | 1 | | Refrigerator | 2 |
| Dolly/cart | 2 | | Roll of brown paper | 1 |
| Dyson vaccuum | 1 | | Rolling plastic chair | 12 |
| Filing cabinet | 6 | | Rolling table | 8 |
| Fish bowl | 1 | | Round table | 3 |
| Folding table | 2 | | Shuffledboard table | 1 |
| Framed art | 7 | | Side table | 5 |
| Hard chair | 23 | | Small table | 18 |
| Headsets | 19 | | Small trash cans | 23 |
| Height adjustable chair | 2 | | Sofa | 1 |
| Hot water heater | 1 | | Soft chair | 54 |
| K cup organizer | 2 | | Standing desk | 2 |
| Label maker | 2 | | Stool | 16 |
| Label stickers | 3 | | Tall lamp | 1 |
| Ladder | 1 | | Tinker toys | 1 |
| Lamp | 7 | | Water cooler | 1 |
| Laptop stand | 2 | | Weinberg Foundation Plaque | 1 |
| Large post it pads | 4 | | White board | 9 |
| Large table | 2 | | White shelves | 5 |
| Letter opener | 1 | | Wooden conference table | 3 |
| Lysol | 5 | | Wooden frames | 11 |
| Mailbox | 1 | | Wooden Sculpture | 1 |
| Metal shelf | 4 | | | |
| Metal stool | 6 | | | |
| Mic stand | 1 | | | |
| Microphone | 2 | | | |
| Microwave | 1 | | | |
| Mini speaker | 1 | | | |
| mous pads | 4 | | | |
| Office chair | 66 | | | |
| Owls | 4 | | | |
| Padded envelope bundle | 2 | | | |
| Paper cutter | 2 | | | |
| Paper shredder | 1 | | | |
| Pedestal | 69 | | | |
| Pillows | 3 | | | |
| Plastic rolling chair | 36 | | | |
| Podium | 1 | | | |
| Printers | 2 | | | |
| Projector | 1 | | | |
| Projector screen | 1 | | | |
| Recycling bin | 2 | | | |

| | |
|---|---|
| Refrigerator | 2 |
| Rolling white board | 2 |
| Round table | 3 |
| Rug | 3 |
| Scissors | 26 |
| Side table | 4 |
| Small table | 8 |
| Sofa | 1 |
| Soft chair | 6 |
| Speaker | 1 |
| Standing desk | 3 |
| Standing fan | 1 |
| Standing light box | 3 |
| Standing mat | 2 |
| Stapler | 66 |
| Table (3.5 ft.) | 3 |
| Table (7 ft.) | 9 |
| Tablecloths | 29 |
| Tall filing cabinet | 2 |
| Tape dispenser | 48 |
| Tape gun | 2 |
| Teleprompter stand | 1 |
| Telescope | 1 |
| Three hole punches | 13 |
| Toaster | 1 |
| Trash bin | 3 |
| TV console | 1 |
| Two hole punches | 5 |
| White board | 4 |
| Wooden chair | 2 |
| Wooden desk | 1 |
| Wyatt banner | 1 |

SCHEDULE A/B 41

| CURRENT SUMMARY | | | | |
|---|---|---|---|---|
| Laptops Summary - 10.3.2024 | | | | |
| Quantity | Status | Location | Wiped/Destroyed | Unwiped |
| 14 | Not returned; non compliant | not in BDT posession | 0 | 14 |
| 10 | Essential employees - returning later | not in BDT posession | 0 | 10 |
| 1 | Let Keep (out of country) | not in BDT posession | 1 | 0 |
| 9 | See Notes - can't locate | not in BDT posession | 0 | 10 |
| **34** | **TOTAL not in BDT posession** | | | |
| **302** | confirmed at BDT office | at BDT office | 301 | 1 |
| **26** | Destroyed by Wayne Moving | at Wayne Moving | 26 | 0 |
| **362** | **TOTAL Laptops** | | | |

| Other Items | | |
|---|---|---|
| Quantity | Item | Location |
| 1 | Canon copier | 27th floor |
| 1 | Scanner | 27th floor |
| 8 | TV screens | 28th floor |
| 70 | Monitors | 27th floor |

SCHEDULE A/B 73

| Line of Coverage | Carrier | Policy Number | Effective Date | Expiration Date | Premium |
|---|---|---|---|---|---|
| Package - Property, GL | Erie Insurance Co | A61 0228163 | 10/1/2024 | 10/1/2025 | $23,042 |
| Cyber - Tail $5MM | Hiscox | MPL4505319.23 | 10/1/2024 | 10/1/2025 | $19,927 |
| Cyber - Tail $5MM X $5MM | West Chester Ins | G71832818 004 | 10/1/2024 | 10/1/2025 | $23,800 |
| Cyber Tail $5MM X $10MM | At Bay - Trisura | ATB-6613498-03 | 10/1/2024 | 10/1/2025 | $16,652 |
| Director & Officers/EPLI - Tail $5MM D&O/$2MM EPLI/$1MM Crime | Travelers | 107161242 | 10/3/2024 | 10/3/2025 | $14,327 |
| Umbrella - $10MM | Erie Insurance Co | Q34 0172593 A | 10/1/2024 | 10/1/2025 | $5,324 |
| E&O/Professional Liab - $5MM | Underwriters of Lloyds | CEL-PMPL-2400042 | 6/24/2024 | 6/24/2025 | $30,704.84 |
|  |  |  |  |  | $133,777 |

SCHEDULE A/B 7b

| Assigned to | Title | Address | Serial Number |
|---|---|---|---|
| **Following Laptops Not Returned By 9/30/2024** | | | |
| Allen, Alexandra | Benefits Outreach Specialist | 1215 S 47th St, Apt 3, Philadelphia, PA 19143 | MJ0H755R |
| Balionis, Chris | Contact Center Supervisor | 530 Manton St, Philadelphia PA 19147 | PF1B6ERM |
| Doyle, Maryssa | Quality Specialist | 604 South Washington Sq, Unit 402, Philadelphia, PA 19106 | MP2BD6FJ |
| Fendlay, Lucas | Contact Center Supervisor | 2040 Riverside Dr, Bethlehem, PA 18015 | PF2BEMTQ |
| Houck, David | Quality Specialist | 5992 Woodbine Ave, Philadelphia, PA 19131 | MJ0BVHS5 |
| Hummel, Tierra | Benefits Outreach Specialist | 5523 Whitby Ave, Philadelphia, PA 19143 | MP2BDAXQ |
| Montgomery, Addie Joan | Quality Specialist | 1832 S 18th St, Philadelphia, PA 19145 | MJ0H73M1 |
| Santosusso, Marc Stephen | Product Manager | 2233 South Juniper St, Philadelphia, PA 19148 | C02G54VTML7H |
| Shorter, Mareatha Alcina | Benefits Outreach Specialist | 19011 Santa Barbara Dr, Detroit, MI 48221 | MP246GM7 |
| Veras, Princess | Universal Outreach Specialist | 637 E Raymond St, Philadelphia , PA 19120 | PF47ESER |
| Lenis, Stefania | Benefits Outreach Specialist | 459 East Wister St, Philadelphia, PA 19144 | MJ0H7565 |
| Shorter, EnChante | Benefits Outreach Specialist | 4254 12th St, Ecorse, MI 48229 | PF2HEADP |
| Price, Jason | Consultant | | C02G45NEML7H |
| Jones, Tangiera | Benefits Outreach Specialist | 500 Pusey Ave, Collingdale, PA 19023 | PF2KVN8L |

**Fill in this information to identify the case:**

Debtor name __**Benefits Data Trust**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **CBRE**<br>Creditor's Name<br><br>**555 E Lancaster Ave**<br>**Ste 120**<br>**Wayne, PA 19087**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**WSFS Remaining Letter of Credit**<br>**163,333.34**<br><br><br>Describe the lien | $179,666.68 | $179,666.68 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$179,666.68**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **LaToya Sawyer-Ndizeye**<br>**Buchanan Ingersoll**<br>**Union Trust Bldg**<br>**501 Grant St, Ste 200**<br>**Pittsburgh, PA 15219** | Line __**2.1**__ | |

| Debtor | **Benefits Data Trust** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Robbin Baker**
**CBRE Property Management**                                          Line  **2.1**
**1500 Market St, St LM525**
**Philadelphia, PA 19102**

**Fill in this information to identify the case:**

Debtor name __**Benefits Data Trust**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

 ■ No. Go to Part 2.

 ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Abigail Pound**<br>**CANNOT ACCESS ADDRESS**<br>**ADDRESS IN ADP**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Outstanding Invoice__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $810.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**ADP Inc**<br>**1 ADP Blvd**<br>**Roseland, NJ 07068**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __NOTICE ONLY__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Amazon Business**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109-5210**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Outstanding Invoices__<br><br>__11FD-YNCY-KQJF__<br>__1413-RWCR-YY9W__<br>__14XX-4V3K-JLWD__<br>__1H79-WKVD-MHCN__<br>__1LJF-LXNJ-NVTP__<br>__1TMP-N7QQ-LWPF__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $650.83 |

| Debtor | Benefits Data Trust | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4** | Nonpriority creditor's name and mailing address
**Bill & Melinda Gates Foundation**
**PO BOX 23350**
**Seattle, WA 98102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$949,816.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**Booth Ferris Foundation**
**via JP Morgan Chase**
**390 Madison Avenue**
**14th Floor**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$143,615.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Breezy HR Inc**
**512 Caraway Court**
**Jacksonville, FL 32259**

Date(s) debt was incurred _
Last 4 digits of account number  **0021**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,475.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Canon Financial Services Inc**
**14904 Collections Center Dr.**
**Chicago, IL 60693-0149**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$25,679.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**Invoices**
**32953724**
**33632466**
**34287911**
**34784871**
**34967552**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**CBRE**
**555 E Lancaster Ave**
**Suite 120**
**Wayne, PA 19087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,814,536.32**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Possible default if November Rent or Letter of Credit**
**not obtained**

**Amount includes deduction for subtenant rent**
**Amount includes remaining balance of contract**
**Amount includes deduction from remaining balance of letter of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Comcast NBC Universal Foundation - ACP**
**Attn: Corporate Legal Department**
**1701 JFK Boulevard**
**Philadelphia, PA 19103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$331,767.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Benefits Data Trust** | Case number (*if known*) | |
| | Name | | |

---

**3.10** Nonpriority creditor's name and mailing address

**Community College of Allegheny**
**800 Allegheny Ave**
**Pittsburgh, PA 15233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

**$9,810.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Connecticut Project**
**139 Orange Street**
**4th Floor**
**New Haven, CT 06510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

**$90,000.00**

---

**3.12** Nonpriority creditor's name and mailing address

**Degree Inc dba Lattice**
**360 Spear St**
**Floor 4**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**INV97700**

Is the claim subject to offset? ■ No ☐ Yes

**$21,937.20**

---

**3.13** Nonpriority creditor's name and mailing address

**East Bay Community Foundation**
**Kaiser Permanente**
**200 Frank H Ogawa Plaza**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

**$176,780.48**

---

**3.14** Nonpriority creditor's name and mailing address

**Emburse Inc**
**5757 Wilshire Boulevard**
**Suite 204**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**1391872**

Is the claim subject to offset? ■ No ☐ Yes

**$1,189.16**

---

**3.15** Nonpriority creditor's name and mailing address

**Erika Blumenthal**
**ADDRESS ON FILE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dropbox**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Families and Workers Fund**
**1825 Water St NW**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

**$95,000.00**

---

| Debtor | **Benefits Data Trust** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.65 |
|---|---|---|---|

**Fedex**
P.O. Box 371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**3348-8622-0**
**9-680-14280**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,500.00 |
|---|---|---|---|

**FreeWill Co**
300 W 57th St
New York, NY 10019-3741

Date(s) debt was incurred _

Last 4 digits of account number  **9559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.54 |
|---|---|---|---|

**Goldsmith Associates Inc**
3 Larwin Rd
Cherry Hill, NJ 08034

Date(s) debt was incurred _

Last 4 digits of account number  **7485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $973,270.17 |
|---|---|---|---|

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,784.37 |
|---|---|---|---|

**Hunger Solutions New York Inc**
14 Computer Drive East
Albany, NY 12205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

**Invoice**
**2024 09 30**

**See Global Notes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,000.00 |
|---|---|---|---|

**Independence Blue Cross LLC**
Attn:  Legal Department
1901 Market Street
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Benefits Data Trust** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,016.21**

**Iron Mountain**
PO Box 27128
New York, NY 10087-7128

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**JVHZ503**
**JVHZ526**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,954.50**

**KnowBe4 Inc**
PO BOX 392286
Pittsburgh, PA 15251-9286

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**INV328225**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$192,202.99**

**Kresge Foundation**
3215 W. Big Beaver Road
Troy, MI 48084

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Legal Concierge Inc.**
1500 Market Street
Philadelphia, PA 19102

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **NOTICE ONLY**
**$50,000 security deposit held in BDT's WSFS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,937.50**

**Louisiana Office of Student Financial**
602 N Fifth St
Baton Rouge, LA 70802

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,713.12**

**Michigan Health Endowment Fund**
9829 Spencer Road
Suite 201
Brighton, MI 48114

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,618.71**

**Microsoft**
1 Microsoft Way
Redmond, WA 98052

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **See Global Notes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Benefits Data Trust** | Case number (*if known*) | |
| | Name | | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,368.00 |
|---|---|---|---|
| | **NCOA** | ☐ Contingent | |
| | **251 18th Street South Suite 500** | ☐ Unliquidated | |
| | **Arlington, VA 22202** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Outstanding Invoice__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,500.00 |
|---|---|---|---|
| | **New Jersey Council of County Colleges** | ☐ Contingent | |
| | **1 N. Johnston Avenue** | ☐ Unliquidated | |
| | **Bldg A, Suite 350** | ☐ Disputed | |
| | **Trenton, NJ 08609** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Grant or Contractual Obligation Not Met__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,333.33 |
|---|---|---|---|
| | **Northstar Prosperity** | ☐ Contingent | |
| | **PO Box 40504** | ☐ Unliquidated | |
| | **Saint Paul, MN 55104** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Grant or Contractual Obligation Not Met__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|
| | **NP Solutions** | ☐ Contingent | |
| | **11651 Sterling Ave., Suite J** | ☐ Unliquidated | |
| | **Riverside, CA 92503** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Outstanding Invoice__ | |
| | Last 4 digits of account number __ | __8017__ | |
| | | __8043__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,640.00 |
|---|---|---|---|
| | **Onshore Momentum** | ☐ Contingent | |
| | **6555 Wilson Mills Road, Suite 106** | ☐ Unliquidated | |
| | **Cleveland, OH 44143** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Outstanding Invoice__ | |
| | Last 4 digits of account number __ | __20-29481, 20-29524, 20-29532, 20-29554, 20-29563, 20-29578__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402,203.48 |
|---|---|---|---|
| | **Patrick McGovern Foundation** | ☐ Contingent | |
| | **P.O. Box 171536** | ☐ Unliquidated | |
| | **Boston, MA 02117** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Grant or Contractual Obligation Not Met__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,000.00 |
|---|---|---|---|
| | **Penn Asian Senior Services** | ☐ Contingent | |
| | **6926 Old York Rd.** | ☐ Unliquidated | |
| | **Philadelphia, PA 19126** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Outstanding Invoice__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Benefits Data Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Philadelphia Chinatown Development Corpo**
**301-305 North 9th Street**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Outstanding Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$416.66** |
|---|---|---|---|

**Questis Inc**
**PO Box 2903**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Outstanding Invoice**
**1216**
**1240**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rasa Technologies Inc**
**4 Embarcadero Center**
**Suite 1400**
**San Francisco, CA 94111-4164**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0501**

Basis for the claim:  **See Global Note**

**Outstanding Invoice**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$646.38** |
|---|---|---|---|

**Relx Inc. DBA LexisNexis**
**PO Box 9584**
**New York, NY 10087-4584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Outstanding Invoice**
**3095177819**
**3095231155**
**3095304199**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$692,501.69** |
|---|---|---|---|

**Robin Hood Foundation**
**826 Broadway**
**9th fl**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170,188.87** |
|---|---|---|---|

**Rockefeller Foundation**
**420 Fifth Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Benefits Data Trust | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.43** | Nonpriority creditor's name and mailing address

SADA Systems Inc
5250 Lankershim Blvd.
#620
North Hollywood, CA 91601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**253607**

Is the claim subject to offset? ■ No ☐ Yes

**$87,570.34**

---

**3.44** | Nonpriority creditor's name and mailing address

Share our Strength
1030 15th Street NW
Suite 1100W
Washington, DC 20005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grant or Contractual Obligation Not Met**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.45** | Nonpriority creditor's name and mailing address

Spanish American Civic Assoc Equality
453 SOUTH LIME STREET
SUITE A
Lancaster, PA 17602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
**Outstanding Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$8,823.75**

---

**3.46** | Nonpriority creditor's name and mailing address

TransPerfect Remote Interpreting Inc.
Attn: Accounts Payable 1250 Broadway
32nd Floor
New York, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**110346**

Is the claim subject to offset? ■ No ☐ Yes

**$2,885.77**

---

**3.47** | Nonpriority creditor's name and mailing address

uAspire
6 Liberty Square
PMB 98549
Boston, MA 02109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**00256**

Is the claim subject to offset? ■ No ☐ Yes

**$5,875.00**

---

**3.48** | Nonpriority creditor's name and mailing address

UPS
211 East Lombard St.
Baltimore, MD 21202-6102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Invoice**
**000000Y17279354; 000000Y17279364; 0000Y17279274**
**0000Y17279284; 0000Y17279294; 0000Y17279304**
**0000Y17279314; 0000Y17279324; 0000Y17279334**
**0000Y17279344; 0000Y17279374; 0000Y17279384**
**0000Y17279394;**

Is the claim subject to offset? ■ No ☐ Yes

**$357.74**

---

| Debtor | Benefits Data Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.49** | Nonpriority creditor's name and mailing address
**Vanguard Group Foundation**
**100 Vangaurd Boulevard**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$129,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grant or Contractual Obligation Not Met

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address
**Wells Fargo Foundation**
**550 S 4TH ST**
**Minneapolis, MN 55415-1529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$444,444.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grant or Contractual Obligation Not Met

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address
**William Penn Foundation**
**Two Logan Square, Suite 1100**
**100 North 18th Street**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$71,020.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grant or Contractual Obligation Not Met

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address
**Wor-Wic Community College**
**32000 Campus Drive**
**Salisbury, MD 21804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grant or Contractual Obligation Not Met

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christine Barba, Esq**<br>**Ballard Spahr**<br>**1735 Market St**<br>**Philadelphia, PA 19103** | Line _<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Iron Mountain**<br>**1 Federal St**<br>**Boston, MA 02110** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Iron Mountain**<br>**85 New Hampshire Ave, Suite 150**<br>**Portsmouth, NH 03801** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Microsoft - Registered Agent (PTSGE)**<br>**920 4th Ave**<br>**Suite 2900**<br>**Seattle, WA 95104** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Benefits Data Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **NG 1500 Market Street LLC**<br>**PO BOX 825518**<br>**Philadelphia, PA 19182** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Robbin Baker**<br>**CBRE Property Management**<br>**1500 Market St, St LM525**<br>**Philadelphia, PA 19102** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 7,382,741.33 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,382,741.33 |

**Fill in this information to identify the case:**

Debtor name          **Benefits Data Trust**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **Accounting Software** | |
| State the term remaining — **Until 12/2024** | **Abila**<br>**Dept 3303**<br>**PO Box 123303**<br>**Dallas, TX 75312** |
| List the contract number of any government contract | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest — **Insurance** | |
| State the term remaining — **10/1/25** | **At-Bay**<br>**1 Post st, 14th Fl**<br>**San Francisco, CA 94104** |
| List the contract number of any government contract | |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease Contract Reject** | |
| State the term remaining — **Unknown** | **Canon Financial Services**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693-0149** |
| List the contract number of any government contract | |

Debtor 1    **Benefits Data Trust**                                                     Case number *(if known)*
_____
First Name        Middle Name        Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement Building in Receivership. Receiver for Centre Square. KeyBank National Association, 127 Public Square, 3rd fl, Cleveland OH 44114 owner.** <br><br> **Early termination payment ($812,098) due no later than 30 days prior to 3/31/25 28th floor Subtenant Lease expires 2/28/25 1st half of 28th floor termination penalty paid March 2024** | |
| State the term remaining | **9/30/2028** | **CBRE Inc <br> 555 E Lancaster Ave <br> Suite 120 <br> Upper Darby, PA 19082** |
| List the contract number of any government contract | | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Storage for critical folders from SharePoint (e.g. financial, legal and technology)** | |
| State the term remaining | **10/19/24** | **Dropbox <br> 1800 Owens St <br> San Francisco, CA 94158** |
| List the contract number of any government contract | | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
| State the term remaining | **10/1/25** | **Erie Insurance Company <br> 100 Erie Insurance Place <br> Erie, PA 16530** |
| List the contract number of any government contract | | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Reject. Services not required after August 2024 Dispute with vendor** | |
| State the term remaining | | **Five9 <br> 3001 Bishop Drive, Suite 350 <br> San Ramon, CA 94583** |
| List the contract number of any government contract | | |

Debtor 1    **Benefits Data Trust**                                                         Case number (*if known*) _____
_____  _____  _____
First Name           Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Main repository for BDT's proprietary IT code for software applications. Prepaid through Decemeber 31, 2024 Email: ar@github.com**<br><br>**Annual license fee due February 2025** | |
| State the term remaining | |
| List the contract number of any government contract | **Git hub**<br>**88 Colin P. Kelly Jr. St.**<br>**San Francisco, CA 94107** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Insurance** |
| State the term remaining | **10/1/2025** |
| List the contract number of any government contract | **Hiscox Insurance Company, Inc**<br>**30 North LaSalle Street, Suite 1760**<br>**Chicago, IL 60602** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Storage: Binder of inventory shipped is preserved in the BDT office on 27th floor thru December 2024** |
| State the term remaining | |
| List the contract number of any government contract | **Iron Mountain**<br>**PO Box 27128**<br>**New York, NY 10087-7128** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Storage: Code related to data movement and integrations, data structures and data architecture**<br>**10/19/24** |
| State the term remaining | |
| List the contract number of any government contract | **Jira (Atlassian product)**<br>**350 Bush St, fl 13**<br>**San Francisco, CA 94104** |

Debtor 1    **Benefits Data Trust**                                              Case number (*if known*) _____
            First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant. Security Deposit $50,000 Might extend lease, but will need to move into space vacated by BDT. BDT's lease with CBRE expires for 28th floor in 2/2025.** | |
|---|---|---|---|
| | State the term remaining | **2/25** | |
| | List the contract number of any government contract | | **Legal Concierge Inc. 1500 Market Street Philadelphia, PA 19102** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Storage: Code related to data movement and integrations, data structures and data architecture** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Microsoft 1 Microsoft Way Redmond, WA 98052** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Reject. Breach of Contract** | |
|---|---|---|---|
| | State the term remaining | **8/20/26** | |
| | List the contract number of any government contract | | **Rasa Technologies Inc 4 Embarcadero Center, Suite 1400 San Francisco, CA 94111** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **10/3/25** | |
| | List the contract number of any government contract | | **Travelers PO Box 2989 Hartford, CT 06104** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **6/24/25** | |
| | List the contract number of any government contract | | **Underwriters at Lloyd Att Legal Department, 25th fl 280 Park Avenue east tower New York, NY 10017** |

| Debtor 1 | **Benefits Data Trust** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **10/1/25** | |
| | List the contract number of any government contract | | **Westchester Surplus Lines Insurance**<br>**11575 Great Oaks Way, Suite 200**<br>**Alpharetta, GA 30022** |

**Fill in this information to identify the case:**

Debtor name __**Benefits Data Trust**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor** | Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name      **Benefits Data Trust**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>   **Contributions, grants, program service revenue, other revenue**<br>■ Other | **$8,282,268.04** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>   **contributions, grants, program service revenue, other revenue**<br>■ Other | **$28,049,162.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>   **Contributions, grants, program service revenue, other revenue**<br>■ Other | **$45,487,706.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | **interest & dividends** | **$231,132.96** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **interest & dividends** | **$494,812.00** |

Debtor    **Benefits Data Trust**                                                       Case number *(if known)*

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2022** to **12/31/2022** | **interest & dividends** | **$491,574.00** |

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See SOFA 3 Attachment** | | **$1,502,208.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See SOFA 4 Attachment** | | **$1,779,727.59** | |

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Benefits Data Trust** | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Investigation by PA Attorney General's Office**<br>**All documents provided to AG via Laura Solomon's office**<br>**Investigation remains open** | | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Unaccounted for laptops: Approximately 9 laptops with known serial numbers, including two $5000 macs** | 0 | **2023-2024** | **Unknown** |
| **Alleged Employee Theft, Possible Data Breach:**<br><br>**Debtor may have causes of action against individuals who failed to either return their laptop or provide proof that their laptop was returned.** | 0 | **2024** | **Unknown** |

| Debtor | **Benefits Data Trust** | Case number *(if known)* |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Potential Employee Theft/Data Breach:**<br><br>**Debtor may have causes of action against individuals who may have transferred Debtor's intellectual property and PII to personal accounts/clouds.** | **0** | **2024** | **Unknown** |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dilworth Paxson LLP**<br>**1500 Market Street, Suite 3500E**<br>**Philadelphia, PA 19102** | | **7/12/24**<br>**50,000**<br>**8/15/24**<br>**20,000**<br>**10/2/24**<br>**30,000**<br>**10/9/24**<br>**40,000** | **$140,000.00** |
| | Email or website address<br>**dilworthlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Montgomery McCracken Walker & Rhoads** | | **7/12/24** | **$10,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Benefits Data Trust**                                                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | | | 7/11/24 15,000 7/12/24 7/12/14 5,000 7/25/24 10,000 8/5/24 20,000 8/8/24 20,000 | |
| | **Laura Solomon & Associates 121 Sibley Ave. Ardmore, PA 19003** | | | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Semanoff Ormsby Greenberg & Torchia LLC 2617 Huntingdont Pike Huntingdon Valley, PA 19006** | | 7/12/24 16,411.50 8/1/24 3,390.75 9/1/24 2,300.25 | **$22,102.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Irrevocable Trust of Benefits Data Trust** | **Insurance deductibles** | **10/11/24** | **$125,000.00** |
| Trustee **Lawrence McMichael** | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **Benefits Data Trust**    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **CBRE** | **1st half of early termination penalty** | **3/2024** | **$812,098.00** |
| | Relationship to debtor<br>**Landlord** | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1500 Market Street<br>Suite 2800<br>Philadelphia, PA 19102** | **2018-2/24** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

> **Financial and medical information for SNAP, Medicaid, WIC, utilities,
> and other programs.
> The information was stored in a cloud but returned to the states and
> destroyed. Certificates of Compliance were issued.**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

| Debtor | **Benefits Data Trust** | Case number *(if known)* |
|---|---|---|

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Charles Schwab** | **XXXX-8780** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Investment Account** | **closed 8/8/2024 transferred to WSFS checking** | **$6,194.01** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Iron Mountain Inc.**<br>**PO Box 27128**<br>**New York, NY 10087-7129** | **Alyssa Wagner (Chief People Officer)**<br>**ADDRESS ON FILE** | **Binder of inventory shipped is preserved in the BDT office on 27th floor**<br><br>**HR files, financial files** | ☐ No<br>■ Yes |
| **Git hub**<br>**88 Colin P Kelly Jr St**<br>**San Francisco, CA 94107** | **Shari Wakiyama**<br>**ADDRESS ON FILE**<br>**access will end once transition to trustee occurs** | **Source Codes for technology** | ☐ No<br>■ Yes |

Debtor    **Benefits Data Trust**

Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Microsoft product - Sharepoint**<br>**1 Microsoft Way**<br>**Redmond, WA 98052** | **Access for following essential employees ends once transition to trustee occurs. Each member has specific expertise.**<br>**Shari Yakiyama [address on file]**<br>**Wendy Starner [address on file]**<br>**Erika Blumenthal [address on file]**<br>**Alyssa Wagner [address on file]**<br>**Edmund Aristone [address on file]**<br>**Gregory Price [address on file]**<br>**Vanessa Burkhardt [address on file]**<br>**----**<br>**Will transfer access after filing**<br>**Dilworth Paxson:**<br>**Michelle Lee** | **BDT digital products: Full product management lifecycle from ideation to post-launch, including code manuals, stored in the Digital Experience Documentation Sharepoint folder.**<br><br>**BDT core business and product documents.** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Legal Concierge Inc.**<br>**1500 Market Street**<br>**28th floor**<br>**Philadelphia, PA 19102** | **WSFS** | **security deposit** | **$50,000.00** |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

| Debtor | **Benefits Data Trust** | Case number *(if known)* |
|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Jacqueline Peteraf**<br>**ADDRESS ON FILE** | **Senior Account Manager**<br>**2/9/15-2/20/24** |
| 26a.2. | **Wendy Starner**<br>**ADDRESS ON FILE** | **CFO/Interim CEO**<br>**1/9/23-10/4/24** |
| 26a.3. | **Erika Blumenthal**<br>**ADDRESS ON FILE** | **COO**<br>**2/21-10/4/24** |
| 26a.4. | **Ryan Hicinbothem**<br>**ADDRESS ON FILE** | **Senior Director of Finance & Accounting**<br>**4/13/15-11/3/23** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **Benefits Data Trust**                                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Withum**<br>**1835 Market St, 3rd Floor**<br>**Philadelphia, PA 19103** | **External Auditors Formally BBD LLP Partner: Steven Glueck Lead Auditor: Miles Dryden Several years through 2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Getzler Henrich & Associates**<br>**2929 Arch Street, Ste 1650**<br>**Philadelphia, PA 19104** | **Edward Phillips: Forensic Accountant 2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **PA Office of Attorney General**<br>**Charitable Trusts and Organizations Sect**<br>**14th Floor, Strawberry Sq**<br>**Harrisburg, PA 17120** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **PA Office of Attorney General**<br>**Charitable Trusts and Organizations Sect**<br>**14th Fl, Strawberry Square**<br>**Harrisburg, PA 17120** |
| 26d.2. **WSFS FSB**<br>**Attn: Letters of Credit**<br>**500 Delaware Avenue**<br>**Wilmington, DE 19801** |
| 26d.3. **See Global Notes** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Benefits Data Trust**_____    Case number *(if known)*_____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Shaffert** | **ADDRESS ON FILE** | **Board Member- Treasurer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Baker** | **ADDRESS ON FILE** | **Board Member - Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Morrison Butler** | **ADDRESS ON FILE** | **Board Member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Greenawalt** | **ADDRESS ON FILE** | **Board Member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gwen Muse-Evans** | **ADDRESS ON FILE** | **Board Member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vikki Wachino** | **ADDRESS ON FILE** | **Board Member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Margaret Bradley** | **ADDRESS ON FILE** | **Board Member - Secretary** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Warren Kantor** | **ADDRESS ON FILE** | **Board Member - Chairman** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Julius Green** | **ADDRESS ON FILE** | **board member - Audit & Finance Committee chair** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wendy Starner** | **ADDRESS ON FILE** | **CFO: 1/9/23 -6/9/24 Interim CEO - 6/9/24 - Present** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No
■  Yes. Identify below.

| Debtor | **Benefits Data Trust** | | Case number *(if known)* | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Pauline Abernathy | ADDRESS ON FILE | Chief Strategy Officer | 11/17-12/29/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Erika Blumenthal | ADDRESS ON FILE | Chief Operating Officer; Interim Chief Financial Officer | COO: 2/22/21-10/4/24 Interim CFO: 3/22-1/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sang Lee | ADDRESS ON FILE | Chief Revenue Officer Chief of Staff | CRO: 1/24 - 8/6/24 COS: 1/21-1/24 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stephen Rockwell | ADDRESS ON FILE | Chief Digital Officer | 1/3/22-6/14/24 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Trooper Sanders | ADDRESS ON FILE | Chief Executive Officer | 9/16/19-6/10/24 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sandra Elisa Zygmunt | ADDRESS ON FILE | Chief Insights & Innovation Officer | 6/23 - 12/29/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Alyssa Wagner | ADDRESS ON FILE | Chief People Officer | 1/1/23-10/4/24 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Zia Khan | ADDRESS ON FILE | Former Board Member | 4/1/22-3/31/24 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David McNally | ADDRESS ON FILE | Former Board Member | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Benefits Data Trust**                                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA 4 Attachment** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 11, 2024**

**/s/ Wendy Starner**                                    **Wendy Starner**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Interim CEO and CFO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

SOFA 3 Attachment

| Vendor Name | Transaction date | Amount | Service Provided | Street Address |
|---|---|---|---|---|
| **ACEUM Partners LLC** | 7/12/2024 | **51,000.00** | Consultant | 234 Fifth Ave, 2nd Floor<br>New York NY, 10001 |
| **Ashmead Insurance Associates** | 9/17/2024 | 201,142.82 | Insurance renewals (includes returned retainer of $125,000) | 2422 North Broad Street<br>Colmar PA, 18915 |
| | 10/4/2024 | (125,000.00) | Returned Retainer | |
| | **Total** | **76,142.82** | | |
| **Center Square Venture II LLC** | 7/12/2024 | 54,218.91 | Landlord-lease payments + extras charges | 1500 Market Street<br>Philadelphia PA, 19102 |
| | 8/1/2024 | 94,678.31 | **most of the overage fees are reimbursed | |
| | 9/4/2024 | 102,468.31 | by the subtenant | |
| | 9/26/2024 | 131,196.64 | | |
| | **Total** | **382,562.17** | | |
| **Dilworth Paxson LLP** | 7/12/2024 | 50,000.00 | Legal Services (Bankruptcy) | 1500 Market Street<br>Philadelphia PA, 19102 |
| | 8/15/2024 | 20,000.00 | | |
| | 10/2/2024 | 30,000.00 | | |
| | 10/9/2024 | 40,000.00 | | |
| | **Total** | **140,000.00** | | |
| **Dock 365 Inc.** | 9/4/2024 | 8,160.00 | Contract repository software | 5011 Gate Pkwy, Ste 100-100,<br>Jacksonville, FL 32256 |
| **Dun and Bradstreet Inc.** | 8/26/2024 | 2,974.00 | Vendor Review services for SOC2 audit compliance | 75 Remittance Dr, Suite 1096<br>Chicago IL, 60675-1096 |
| **Erie Insurance** | 9/17/2024 | 5,324.00 | Insurance renewals | 100 Erie Insurance Place<br>Erie PA, 16530 |

| | | | | |
|---|---|---|---|---|
| **Erie Insurance** | 9/17/2024 | 23,042.00 | | |
| **Total** | | **28,366.00** | | |

| | | | | |
|---|---|---|---|---|
| **Evans School of Public Policy & Governance** | 8/22/2024 | 52,677.85 | Vendor costs related to Grant work | 4105 GW Lane Northeast Seattle, WA 98105 |
| | | | Blue Meridian grant reimbursed | |

| | | | | |
|---|---|---|---|---|
| **Express Employment Professionals** | 7/12/2024 | 5,329.00 | Temp staffing agency | 9701 N. Boardwalk Blvd Oklahoma City OK, 73162 |
| | 7/12/2024 | 2,477.00 | Temp staffing agency | |
| | 7/12/2024 | 56,196.00 | Retainer paid to manage laptop project: $54,020 | |
| | 7/31/2024 | 400.00 | invoices for laptop project-applied to retainer | |
| | 8/14/2024 | 800.00 | invoices for laptop project-applied to retainer | |
| | 8/21/2024 | 1,200.00 | invoices for laptop project-applied to retainer | |
| | 8/28/2024 | 625.00 | invoices for laptop project-applied to retainer | |
| | 9/4/2024 | 8,962.63 | invoices for laptop project-applied to retainer | |
| | 9/11/2024 | 3,605.62 | invoices for laptop project-applied to retainer | |
| | 9/18/2024 | 19,345.47 | invoices for laptop project-applied to retainer | |
| | 9/25/2024 | 337.79 | invoices for laptop project-applied to retainer | |
| | 10/4/224 | (19,340.58) | retainer returned | |
| **Total** | | **43,082.51** | | |

| | | | | |
|---|---|---|---|---|
| **Faegre Drinker Biddle & Reath LLP** | 8/22/2024 | 8,783.24 | Legal Service (landlord and bank issues) | One Logan Square, Suite 2000 Philadelphia PA, 19103 |

| | | | | |
|---|---|---|---|---|
| **Five9, Inc.** | 7/12/2024 | 156,212.60 | Vendor for contact center services-reimbursible.  Retainer of $117,159.45 paid | 3001 Bishop Drive, Suite 350 San Ramon CA, 94583 |
| | 8/1/2024 | 33,115.63 | Invoices applied to retainer | |

| | | | | |
|---|---|---|---|---|
| **Five9, Inc.** | 9/1/2024 | 31,110.82 | Invoices applied to retainer | |
| | Total | **156,212.60** | includes retainer and April/May invoices | |

| | | | | |
|---|---|---|---|---|
| **Getzler Henrich & Associates LLC** | 8/13/2024 | 25,000.00 | Forensic Accountanting Services | 295 Madison Ave, Floor 20 New York NY, 10017 |
| | 8/27/2024 | 4,900.00 | invoices applied against retainer | |
| | 9/4/2024 | 6,300.00 | invoices applied against retainer | |
| | 9/10/2024 | 2,730.00 | invoices applied against retainer | |
| | | (11,070.00) | retainer returned | |
| | Total | **13,930.00** | | |

| | | | | |
|---|---|---|---|---|
| **Glen Justice** | 7/12/2024 | 10,000.00 | Marketing consultant | 115 3rd Street NE Washington DC, 20002 |
| | 7/12/2024 | 5,000.00 | | |
| | Total | **15,000.00** | | |

| | | | | |
|---|---|---|---|---|
| **Iron Mountain** | 7/12/2024 | 5,677.26 | Storage-includes retainer of $4933.84 | |
| | 7/31/2024 | 1,490.01 | invoices applied against retainer | PO Box 27128 New York NY, 10087-7128 |
| | 8/31/2024 | 753.42 | invoices applied against retainer | |
| | Total | **5,677.26** | | |

| | | | | |
|---|---|---|---|---|
| **KB & Associates LLC** | 8/22/2024 | 11,943.75 | Consultant for WA State project-Blue Meridian grant | |

| | | | | |
|---|---|---|---|---|
| **Laura Soloman & Assoc.** | 7/11/2024 | 15,000.00 | Legal Services (PA AG Investigation) | 121 Sibley Ave Ardmore PA, 19003 |
| | 7/12/2024 | 5,000.00 | Retainers paid:  $75,000 | |
| | 7/12/2024 | 5,000.00 | | |

| **Laura Soloman & Assoc.** | 7/12/2024 | 12,095.00 invoices applied against retainers | |
| | 7/23/2024 | 16,987.50 invoices applied against retainers | |
| | 7/25/2024 | 10,000.00 | |
| | 8/2/2024 | 11,077.50 invoices applied against retainers | |
| | 8/5/2024 | 20,000.00 | |
| | 8/8/2024 | 20,000.00 | |
| | 8/16/2024 | 27,597.50 invoices applied against retainers | |
| | 8/22/2024 | 6,176.50 invoices applied against retainers | |
| | 8/31/2024 | 1,141.84 invoices applied against retainers | |
| | 9/24/2024 | 997.50 invoices applied against retainers | |
| | | (1,917.66) remaining retainer | |
| **Total** | | **75,000.00** | |

| **Lindsey Porter** | 7/12/2024 | 46,750.00 Accounting services-Retainer paid of $35,000 | 22 W Chestnut St
Cleona PA, 17042 |
| | 7/14/2024 | 1,875.00 invoices applied against retainer | |
| | 7/28/2024 | 4,875.00 invoices applied against retainer | |
| | 8/4/2024 | 4,500.00 invoices applied against retainer | |
| | 8/11/2024 | 1,875.00 invoices applied against retainer | |
| | 8/18/2024 | 375.00 invoices applied against retainer | |
| | 8/25/2024 | 1,500.00 invoices applied against retainer | |
| | 9/4/2024 | 1,000.00 invoices applied against retainer | |
| | 9/12/2024 | (13,750.00) final balance of retainer returned | |
| **Total** | | **33,000.00** | |

| **Microsoft** | 7/12/2024 | 2,770.54 | Technology | PO Box 842103<br>Dallas TX, 75284-2103 |
|---|---|---|---|---|
| | 7/14/2024 | 3,612.97 | | |
| | 7/14/2024 | 14.00 | | |
| | 7/14/2024 | 362.60 | | |
| | 7/14/2024 | 305.45 | | |
| | 8/6/2024 | 1,719.09 | | |
| | 8/8/2024 | 7,200.00 | | |
| | 8/14/2024 | 782.05 | | |
| | 8/14/2024 | 3,883.97 | | |
| | 9/6/2024 | 1,128.80 | | |
| | 9/9/2024 | 19.60 | | |
| | 9/14/2024 | 2,887.40 | | |
| **Total** | | **24,686.47** | | |

| **Montgomery McCracken Walker & Rhoads LLP** | 7/12/2024 | 10,000.00 | Legal Services (insurance) | 1735 Market St<br>Philadelphia PA, 19103 |
|---|---|---|---|---|
| | 8/6/2024 | 5,616.80 | invoices applied against retainer | |
| | 8/28/2024 | 717.00 | invoices applied against retainer | |
| | 9/24/2024 | 60.00 | invoices applied against retainer | |
| | | (3,606.20) | Retainer returned | |
| **Total** | | **6,393.80** | | |

| **SADA Systems Inc.** | 7/12/2024 | 195,837.95 | Core IT system-Retainer Paid: $156,670.36 | 5250 Lankershim Blvd. #620<br>North Hollywood CA, 91601 |
|---|---|---|---|---|
| | 7/30/2024 | 4,107.82 | invoices applied against retainer | |
| | 7/31/2024 | 299.04 | invoices applied against retainer | |

| | | | | |
|---|---|---|---|---|
| **SADA Systems Inc.** | 9/26/2024 | (64,693.16) | retainer returned | |
| | **Total** | **131,144.79** | | |

| | | | | |
|---|---|---|---|---|
| **Semanoff Ormsby Greenberg & Torchia LLC** | 7/12/2024 | 16,411.50 | Legal Services (Employment) | 2617 Huntingdon Pike Huntingdon Valley PA, 19006 |
| | 8/1/2024 | 3,390.75 | | |
| | 9/1/2024 | 2,300.25 | | |
| | **Total** | **22,102.50** | | |

| | | | | |
|---|---|---|---|---|
| **Slice Communications LLC** | 8/1/2024 | 15,000.00 | crisis communications | 30 S 15th St Suite 1550 Philadelphia PA, 19102 |

| | | | | |
|---|---|---|---|---|
| **Strategic CFO Solutions, LLC** | 7/12/2024 | 4,275.00 | Staff accounting services | 34 Oak Tree Road Hummelstown PA, 17036 |
| | 7/25/2024 | 4,312.50 | staff accounting services | |
| | **Total** | **8,587.50** | | |

| | | | | |
|---|---|---|---|---|
| **Tava Health** | 7/12/2024 | 29,176.70 | Mental health services for staff | 222 East 7th Avenue Salt Lake City. |

| | | | | |
|---|---|---|---|---|
| **TransPerfect Remote Interpreting Inc.** | 7/12/2024 | 26,813.39 | Translation services for Contact Center Contracts-Reimbursible Costs | 1250 Broadway, 23nd Floor NY NY 10001 |
| | 8/8/2024 | 19,169.00 | Translation services for Contact Center Contracts-Reimbursible Costs | |
| | **Total** | **45,982.39** | | |

| | | | | |
|---|---|---|---|---|
| **Twilio Inc.** | 7/12/2024 | 7,144.80 | Texting services for Contact Center Contracts-Reimbursible Costs | Dept LA 23938 Pasadena CA, 91185 |
| | 8/8/2024 | 8,677.78 | Texting services for Contact Center Contracts-Reimbursible Costs | |
| | **Total** | **15,822.58** | | |

| | | | | |
|---|---|---|---|---|
| **United Direct Solutions** | 7/12/2024 | 29,814.76 | Postage costs for the Contact Center Contracts-Reimbursible Costs | 4410 Bishop Lane Louisville KY, 40218 |
| | 8/8/2024 | 16,984.77 | Postage costs for the Contact Center Contracts-Reimbursible Costs | |
| **Total** | | **46,799.53** | | |

| | | | | |
|---|---|---|---|---|
| **Withum** | 7/25/2024 | 30,000.00 | Auditor-2023 financial statements and 990 | 506 Carnegie Ctr, Suite 400 Princeton NJ, 08540 |
| | 8/13/2024 | 12,000.00 | auditor-2023 financial statements and 990 | |
| **Total** | | **42,000.00** | | |

| | | | | |
|---|---|---|---|---|
| **WSFS Bank Visa** | 7/25/2024 | 10,000.00 | Credit Card Payment | 500 Delaware Avenue Wilmington DE US 19801. |

**TOTAL**        **1,502,208.46**

SOFA 4 Attachment

| PAYROLL LAST NAME | PAYROLL FIRST NAME | JOB TITLE | Payment Date | Payment Amount | Reason |
|---|---|---|---|---|---|
| Abernathy | Pauline | CSO - Chief Strategy Officer | 10/13/2023 | $ 9,988.23 | Gross Pay Regular |
| Abernathy | Pauline | CSO - Chief Strategy Officer | 10/27/2023 | $ 9,988.23 | Gross Pay Regular |
| Abernathy | Pauline | CSO - Chief Strategy Officer | 11/10/2023 | $ 9,988.23 | Gross Pay Regular |
| Abernathy | Pauline | CSO - Chief Strategy Officer | 11/24/2023 | $ 9,988.23 | Gross Pay Regular |
| Abernathy | Pauline | CSO - Chief Strategy Officer | 12/8/2023 | $ 9,988.23 | Gross Pay Regular |
| Abernathy | Pauline | CSO - Chief Strategy Officer | 12/22/2023 | $ 9,988.23 | Gross Pay Regular |
| Abernathy | Pauline | CSO - Chief Strategy Officer | 1/5/2024 | $ 9,988.23 | Gross Pay Regular |
| Abernathy | Pauline | CSO - Chief Strategy Officer | 1/5/2024 | $ 15,249.11 | Paid Time Off Pay Out |
| Abernathy | Pauline | CSO - Chief Strategy Officer | 1/5/2024 | $ 29,964.69 | Severance |
| **Abernathy** | **Pauline** | | | **$115,131.41** | |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 10/13/2023 | $ 9,807.69 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 10/27/2023 | $ 9,807.69 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 11/10/2023 | $ 9,807.69 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 11/24/2023 | $ 9,807.69 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 12/8/2023 | $ 9,807.69 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 12/22/2023 | $ 9,807.69 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 1/5/2024 | $ 9,807.69 | Gross Pay Regular |

| | | | | | | |
|---|---|---|---|---|---|---|
| Blumenthal | Erika | COO1 - Chief Operating Officer | 1/19/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 2/2/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 2/16/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 3/1/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 3/15/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 3/29/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 4/12/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 4/26/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 4/26/2024 | $ | 25.00 | Taxable Benefit Payment |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 5/10/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 5/24/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 6/7/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 6/21/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 7/5/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 7/19/2024 | $ | 10,003.84 | Gross Pay Regular |

| | | | | | | |
|---|---|---|---|---|---|---|
| Blumenthal | Erika | COO1 - Chief Operating Officer | 8/2/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 8/16/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 8/30/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 8/30/2024 | $ | 69.00 | Taxable Benefit Payment |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 9/13/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 9/13/2024 | $ | 12,458.12 | Paid Time Off Pay Out |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 9/27/2024 | $ | 10,003.84 | Gross Pay Regular |
| Blumenthal | Erika | COO1 - Chief Operating Officer | 10/4/2024 | $ | 11,004.22 | Gross Pay Regular |
| **Blumenthal** | **Erika** | | | **$ 282,283.13** | | |
| Lee | Sang | CRO - Chief Revenue Officer | 10/13/2023 | $ | 8,715.39 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 10/27/2023 | $ | 8,715.39 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 11/10/2023 | $ | 8,715.39 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 11/24/2023 | $ | 8,715.39 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 12/8/2023 | $ | 8,715.39 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 12/22/2023 | $ | 8,715.39 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 1/5/2024 | $ | 8,715.39 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 1/19/2024 | $ | 8,889.70 | Gross Pay Regular |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lee | Sang | CRO - Chief Revenue Officer | 2/2/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 2/16/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 3/1/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 3/15/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 3/29/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 4/12/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 4/26/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 4/26/2024 | $ | 25.00 | Taxable Benefit Payment |
| Lee | Sang | CRO - Chief Revenue Officer | 5/10/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 5/24/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 6/7/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 6/21/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 7/5/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 7/19/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 8/2/2024 | $ | 8,889.70 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 8/16/2024 | $ | 6,222.83 | Gross Pay Regular |
| Lee | Sang | CRO - Chief Revenue Officer | 8/16/2024 | $ | 8,830.49 | Paid Time Off Pay Out |
| Lee | Sang | CRO - Chief Revenue Officer | 8/30/2024 | $ | 29.00 | Taxable Benefit Payment |
| **Lee** | **Sang** | | | **$ 209,460.55** | | |
| | | | | | | |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 10/13/2023 | $ | 9,038.46 | Gross Pay Regular |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rockwell | Stephen P | CDO - Chief Digital Officer | 10/27/2023 | $ | 9,038.46 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 11/10/2023 | $ | 9,038.46 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 11/24/2023 | $ | 9,038.46 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 12/8/2023 | $ | 9,038.46 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 12/22/2023 | $ | 9,038.46 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 1/5/2024 | $ | 9,038.46 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 1/19/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 1/19/2024 | $ | 25.00 | Taxable Benefit Payment |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 2/2/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 2/16/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 3/1/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 3/15/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 3/29/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 4/12/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 4/26/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 4/26/2024 | $ | 25.00 | Taxable Benefit Payment |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 5/10/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 5/24/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 6/7/2024 | $ | 9,219.23 | Gross Pay Regular |
| Rockwell | Stephen P | CDO - Chief Digital Officer | 6/21/2024 | $ | 9,219.23 | Gross Pay Regular |

| Rockwell | Stephen P | CDO - Chief Digital Officer | 6/21/2024 | $ | 16,440.55 | Paid Time Off Pay Out |
|---|---|---|---|---|---|---|
| **Rockwell** | **Stephen P** | | | **$ 190,390.53** | | |
| Sanders | Trooper | CEO1 - CEO | 10/13/2023 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 10/27/2023 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 11/10/2023 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 11/24/2023 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 12/8/2023 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 12/22/2023 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 1/5/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 1/19/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 2/2/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 2/16/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 3/1/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 3/15/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 3/29/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 4/12/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 4/26/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 4/26/2024 | $ | 25.00 | Taxable Benefit Payment |
| Sanders | Trooper | CEO1 - CEO | 5/10/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 5/24/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 6/7/2024 | $ | 11,884.61 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 6/21/2024 | $ | 5,942.31 | Gross Pay Regular |
| Sanders | Trooper | CEO1 - CEO | 6/21/2024 | $ | 19,452.55 | Paid Time Off Pay Out |
| **Sanders** | **Trooper** | | | **$ 239,342.84** | | |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 10/13/2023 | $ | 9,615.39 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 10/27/2023 | $ | 9,615.39 | Gross Pay Regular |

| | | | | | | |
|---|---|---|---|---|---|---|
| Starner | Wendy | CFPO1 - Chief Finance Officer | 11/10/2023 | $ | 9,615.39 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 11/24/2023 | $ | 9,615.39 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 12/8/2023 | $ | 9,615.39 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 12/22/2023 | $ | 9,615.39 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 1/5/2024 | $ | 9,615.39 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 1/19/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 2/2/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 2/16/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 3/1/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 3/15/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 3/29/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 4/12/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 4/26/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 4/26/2024 | $ | 25.00 | Taxable Benefit Payment |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 5/10/2024 | $ | 9,807.70 | Gross Pay Regular |

| | | | | | | |
|---|---|---|---|---|---|---|
| Starner | Wendy | CFPO1 - Chief Finance Officer | 5/24/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 6/7/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 6/21/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 7/5/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 7/19/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 8/2/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 8/16/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 8/30/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 8/30/2024 | $ | 47.00 | Taxable Benefit Payment |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 9/13/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 9/13/2024 | $ | 32,463.49 | Paid Time Off Pay Out |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 9/27/2024 | $ | 9,807.70 | Gross Pay Regular |
| Starner | Wendy | CFPO1 - Chief Finance Officer | 10/4/2024 | $ | 14,711.55 | Gross Pay Regular |
| **Starner** | **Wendy** | | | **$300,901.07** | | |
| | | | | | | |
| Wagner | Alyssa | CPO - Chief People Officer | 10/13/2023 | $ | 8,715.38 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 10/27/2023 | $ | 8,715.38 | Gross Pay Regular |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wagner | Alyssa | CPO - Chief People Officer | 11/10/2023 | $ | 8,715.38 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 11/24/2023 | $ | 8,715.38 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 12/8/2023 | $ | 8,715.38 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 12/22/2023 | $ | 8,715.38 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 1/5/2024 | $ | 8,715.38 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 1/19/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 2/2/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 2/16/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 3/1/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 3/15/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 3/29/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 4/12/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 4/26/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 4/26/2024 | $ | 25.00 | Taxable Benefit Payment |
| Wagner | Alyssa | CPO - Chief People Officer | 5/10/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 5/24/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 6/7/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 6/21/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 7/5/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 7/19/2024 | $ | 8,889.69 | Gross Pay Regular |

| Wagner | Alyssa | CPO - Chief People Officer | 8/2/2024 | $ | 8,889.69 | Gross Pay Regular |
|--------|--------|----------------------------|----------|---|----------|-------------------|
| Wagner | Alyssa | CPO - Chief People Officer | 8/16/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 8/30/2024 | $ | 8,889.69 | Paid Time Off Pay Out |
| Wagner | Alyssa | CPO - Chief People Officer | 8/30/2024 | $ | 74.50 | Taxable Benefit Payment |
| Wagner | Alyssa | CPO - Chief People Officer | 9/13/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 9/13/2024 | $ | 23,735.47 | Paid Time Off Pay Out |
| Wagner | Alyssa | CPO - Chief People Officer | 9/27/2024 | $ | 8,889.69 | Gross Pay Regular |
| Wagner | Alyssa | CPO - Chief People Officer | 10/4/2024 | $ | 9,778.66 | Gross Pay Regular |
| **Wagner** | **Alyssa** | | | **$ 263,525.40** | | |
| | | | | | | |
| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 10/13/2023 | $ | 8,846.16 | Gross Pay Regular |
| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 10/27/2023 | $ | 8,846.16 | Gross Pay Regular |
| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 11/10/2023 | $ | 8,846.16 | Gross Pay Regular |
| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 11/24/2023 | $ | 8,846.16 | Gross Pay Regular |
| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 12/8/2023 | $ | 8,846.16 | Gross Pay Regular |
| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 12/22/2023 | $ | 8,846.16 | Gross Pay Regular |
| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 1/5/2024 | $ | 8,846.16 | Gross Pay Regular |
| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 1/5/2024 | $ | 28,308.00 | Paid Time Off Pay Out |

| Zygmunt | Sandra Elisa | CII - Chief Insights & Innovation Officer | 1/5/2024 | $ | 88,461.54 | Severance |
|---------|--------------|-------------------------------------------|----------|---|-----------|-----------|
| Zygmunt | Sandra Elisa | | | | **$ 178,692.66** | |

| | Total | 1,779,727.59 |
|---|-------|--------------|

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Benefits Data Trust**　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter　　**7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **140,000** |
| Prior to the filing of this statement I have received | $ | **140,000** |
| Balance Due | $ | **0.00** |

　　　**Note: Retainer of $___62,687.20_____ held for post-filing services**

2.　$**338** of the filing fee has been paid.

3.　The source of the compensation paid to me was:

　　☑ Debtor　　　☐ Other (specify):

4.　The source of compensation to be paid to me is:

　　☑ Debtor　　　☐ Other (specify):

5.　☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a.　Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b.　Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c.　Representation of the debtor at the meeting of creditors , and any adjourned hearings thereof;
　　d.　Motion for Entry of an Order Authorizing Debtor to Redact Certain Personally Identifiable Information
　　e.　Preparation and defense of $125,000 Irrevocable Trust
　　f.　Post-filing services: Post-filing representation at the meeting of creditors and in connection with the transition
　　　　　to a Chapter 7 trustee (up to the amount of the retainer).

7.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　**Representation in any post-petition matters not specifically listed in part 6 above, including, but not limited to (a) any bankruptcy-related matters,  including, but not limited to, any adversary proceedings, contested matters, or other litigation, and (b) any non-bankruptcy matters, including, but not limited to, litigation, and other legal proceedings and transactions.**

| **CERTIFICATION** |
|---|
| 　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>**October 11, 2024**　　　　　　　　　　　　　　　　　**/s/ Michelle Lee**<br>*Date*　　　　　　　　　　　　　　　　　　　　　　　　**Michelle Lee**<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney*<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　**Dilworth Paxson LLP**<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　**1500 Market Street**<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　**Philadelphia, PA 19102**<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　**215-575-7000  Fax: 215-575-7200**<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　**bky@dilworthlaw.com**<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　*Name of law firm* |

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    **Benefits Data Trust** _____     Case No. _____

_____ Debtor(s)     Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Interim CEO and CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 11, 2024** _____        **/s/ Wendy Starner** _____

**Wendy Starner**/**Interim CEO and CFO**
Signer/Title

.

Abigail Pound
CANNOT ACCESS ADDRESS
ADDRESS IN ADP


Abila
Dept 3303
PO Box 123303
Dallas, TX 75312


ADP Inc
1 ADP Blvd
Roseland, NJ 07068


Amazon Business
410 Terry Avenue North
Seattle, WA 98109-5210


At-Bay
1 Post st, 14th Fl
San Francisco, CA 94104


Bill & Melinda Gates Foundation
PO BOX 23350
Seattle, WA 98102


Booth Ferris Foundation
via JP Morgan Chase
390 Madison Avenue
14th Floor
New York, NY 10017


Breezy HR Inc
512 Caraway Court
Jacksonville, FL 32259


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Canon Financial Services Inc
14904 Collections Center Dr.
Chicago, IL 60693-0149


CBRE
555 E Lancaster Ave
Suite 120
Wayne, PA 19087


CBRE
555 E Lancaster Ave
Ste 120
Wayne, PA 19087


CBRE Inc
555 E Lancaster Ave
Suite 120
Upper Darby, PA 19082


Christine Barba, Esq
Ballard Spahr
1735 Market St
Philadelphia, PA 19103


city of philadelphia
department of revenue
po box 1630
Philadelphia, PA 19105


City of Philadelphia Law Department
Bankruptcy Division
1401 JFK Blvd Rm 580
Philadelphia, PA 19102


Comcast NBC Universal Foundation - ACP
Attn: Corporate Legal Department
1701 JFK Boulevard
Philadelphia, PA 19103

Community College of Allegheny
800 Allegheny Ave
Pittsburgh, PA 15233


Connecticut Project
139 Orange Street
4th Floor
New Haven, CT 06510


Degree Inc dba Lattice
360 Spear St
Floor 4
San Francisco, CA 94105


Dropbox
1800 Owens St
San Francisco, CA 94158


East Bay Community Foundation
Kaiser Permanente
200 Frank H Ogawa Plaza
Oakland, CA 94612


Emburse Inc
5757 Wilshire Boulevard
Suite 204
Los Angeles, CA 90036


Erie Insurance Company
100 Erie Insurance Place
Erie, PA 16530


Erika Blumenthal
ADDRESS ON FILE


Families and Workers Fund
1825 Water St NW
Washington, DC 20006

Fedex
P.O. Box 371461
Pittsburgh, PA 15250-7461


Five9
3001 Bishop Drive, Suite 350
San Ramon, CA 94583


FreeWill Co
300 W 57th St
New York, NY 10019-3741


Git hub
88 Colin P. Kelly Jr. St.
San Francisco, CA 94107


Goldsmith Associates Inc
3 Larwin Rd
Cherry Hill, NJ 08034


Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351


Hiscox Insurance Company, Inc
30 North LaSalle Street, Suite 1760
Chicago, IL 60602


Hunger Solutions New York Inc
14 Computer Drive East
Albany, NY 12205


Independence Blue Cross LLC
Attn: Legal Department
1901 Market Street
Philadelphia, PA 19103

Iron Mountain
85 New Hampshire Ave, Suite 150
Portsmouth, NH 03801


Iron Mountain
PO Box 27128
New York, NY 10087-7128


irs
po box 7346
Philadelphia, PA 19101


Jira (Atlassian product)
350 Bush St, fl 13
San Francisco, CA 94104


KnowBe4 Inc
PO BOX 392286
Pittsburgh, PA 15251-9286


Kresge Foundation
3215 W. Big Beaver Road
Troy, MI 48084


LaToya Sawyer-Ndizeye
Buchanan Ingersoll
Union Trust Bldg
501 Grant St, Ste 200
Pittsburgh, PA 15219


Legal Concierge Inc.
1500 Market Street
Philadelphia, PA 19102


Louisiana Office of Student Financial
602 N Fifth St
Baton Rouge, LA 70802

Michigan Health Endowment Fund
9829 Spencer Road
Suite 201
Brighton, MI 48114


Microsoft
1 Microsoft Way
Redmond, WA 98052


Microsoft - Registered Agent (PTSGE)
920 4th Ave
Suite 2900
Seattle, WA 95104


NCOA
251 18th Street South Suite 500
Arlington, VA 22202


New Jersey Council of County Colleges
1 N. Johnston Avenue
Bldg A, Suite 350
Trenton, NJ 08609


NG 1500 Market Street LLC
PO BOX 825518
Philadelphia, PA 19182


Northstar Prosperity
PO Box 40504
Saint Paul, MN 55104


NP Solutions
11651 Sterling Ave., Suite J
Riverside, CA 92503


Onshore Momentum
6555 Wilson Mills Road, Suite 106
Cleveland, OH 44143

PA Department of Revenue - Bankruptcy
Department 280946
Attn: Bankruptcy Department
Harrisburg, PA 17128


Patrick McGovern Foundation
P.O. Box 171536
Boston, MA 02117


Penn Asian Senior Services
6926 Old York Rd.
Philadelphia, PA 19126


Philadelphia Chinatown Development Corpo
301-305 North 9th Street
Philadelphia, PA 19107


Questis Inc
PO Box 2903
Acton, MA 01720


Rasa Technologies Inc
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111


Relx Inc. DBA LexisNexis
PO Box 9584
New York, NY 10087-4584


Robbin Baker
CBRE Property Management
1500 Market St, St LM525
Philadelphia, PA 19102


Robin Hood Foundation
826 Broadway
9th fl
New York, NY 10003

Rockefeller Foundation
420 Fifth Avenue
New York, NY 10018


SADA Systems Inc
5250 Lankershim Blvd.
#620
North Hollywood, CA 91601


Share our Strength
1030 15th Street NW
Suite 1100W
Washington, DC 20005


Spanish American Civic Assoc Equality
453 SOUTH LIME STREET
SUITE A
Lancaster, PA 17602


TransPerfect Remote Interpreting Inc.
Attn: Accounts Payable

1250 Broadway 32nd Floor
New York, NY 10001


Travelers
PO Box 2989
Hartford, CT 06104


uAspire
6 Liberty Square
PMB 98549
Boston, MA 02109


Underwriters at Lloyd
Att Legal Department, 25th fl
280 Park Avenue
east tower
New York, NY 10017

UPS
211 East Lombard St.
Baltimore, MD 21202-6102


us attorneys office
615 chestnut street, 12th floor
Philadelphia, PA 19106


Vanguard Group Foundation
100 Vangaurd Boulevard
Malvern, PA 19355


Wells Fargo Foundation
550 S 4TH ST
Minneapolis, MN 55415-1529


Westchester Surplus Lines Insurance
11575 Great Oaks Way, Suite 200
Alpharetta, GA 30022


William Penn Foundation
Two Logan Square, Suite 1100
100 North 18th Street
Philadelphia, PA 19103


Wor-Wic Community College
32000 Campus Drive
Salisbury, MD 21804


WSFS FSB
Attn: Letters of Credit
500 Delaware Avenue
Wilmington, DE 19801

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Benefits Data Trust**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Benefits Data Trust**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 11, 2024**

Date

**/s/ Michelle Lee**

**Michelle Lee**

Signature of Attorney or Litigant

Counsel for   **Benefits Data Trust**

**Dilworth Paxson LLP**
**1500 Market Street**
**Philadelphia, PA 19102**
**856-323-1100 Fax:215-827-5465**
**bky@dilworthlaw.com**