**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Benefits Data Trust, | : | Case No. 24-13656 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF PAPERS PURSUANT TO BANKRUPTCY RULES 9010 AND 2002**

**NOTICE IS HEREBY GIVEN** that pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned, as counsel for Benefits Data Trust, Debtor in the above captioned matter, hereby requests that all notices given or required to be served in this case, be given to and served upon the undersigned at the following office, address, telephone number and email address:

Lawrence G. McMichael, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Email: lmcmichael@dilworthlaw.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, fax or otherwise which affects or seeks to affect in any way any rights or interests of the Debtor.

Dated:   October 14, 2024
Philadelphia, Pennsylvania

/s/  Lawrence G. McMichael
**DILWORTH PAXSON LLP**
Lawrence G. McMichael, Esq.
Michelle V. Lee, Esq.
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone:  (215) 575-7000
Facsimile:  (215) 575-7200

*Counsel for Benefits Data Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Benefits Data Trust, | : | Case No. 24-13656 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

    I, Miriam Luna Dolan, Paralegal, hereby certify that I caused a copy of the foregoing notice of Appearance and Request for Service of Papers to be served via the Court's ECF system and that electronic service has been made to all parties requesting such service.

Dated: October 14, 2024    /s/ Miriam Luna Dolan
                                                                           Miriam Luna Dolan, Paralegal

#124643170v1