## **EXHIBIT C**

## **Duane Morris LLP 2024 Billing Rates[1]**

| NAME | POSITION | HOURLY RATE |
|---|---|---|
| Lawrence J. Kotler | Partner | $1,125.00 |
| Drew S. McGehrin | Associate | $690.00 |
| Ryan Spengler | Associate | $525.00 |

---

[1] These rates are current as of January 1, 2024. Each January, the rates of the attorneys and paralegals are subject to change and may change during the course of this case.

DMADMIN\6487160.1