# EXHIBIT "A"

INTERIM DISTRIBUTION SCHEDULE

| Name | Claim No | Type | Address 1 | State | Scheduled Amount | Claimed Amount | Allowed Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| Verizon Business Global LLC | 1 | Unsecured | 22001 Loudoun County PKWY | VA | $ - | $ 2,158.43 | $ 2,158.43 | TSTA - Not Scheduled. |
| Onshore Momentum | 2 | Nonpriority Unsecured | 6555 Wilson Mills Road | OH | $ 24,640.00 | $ 24,640.00 | $ 24,640.00 | Matches scheduled amount |
| | 3 | Nonpriority Unsecured | 32000 Campus Drive | MA | $ 2,250.00 | $ 2,250.00 | $ 2,250.00 | Matches scheduled amount |
| CBRE | 4 | Nonpriority Unsecured | 501 Grant Street | PA | $ 179,666.68 | $ 1,151,379.96 | $ 580,144.97 | Claim 4 revised 6/2/2025 |
| GitLab Foundation | 5 | Unsecured | 750 E. Pratt Street | MD | $ - | $ 350,000.00 | 0 | Expunged and Disallaowed Ordered 5/2/25. |
| Robin Hood Foundation | 6 | Nonpriority Unsecured | 826 Broadway | NY | $ 692,501.69 | $ 692,501.69 | $ 692,501.69 | Matches scheduled amount |
| New Jersey Council of County Colleges | 7 | Unsecured | 1 N. Johnston Avenue | NJ | $ 12,500.00 | $ 12,500.00 | $ 12,500.00 | Matches scheduled amount |
| Westchester Surplus Lines Insurance Company | 8 | Unsecured | 436 Walnut Street | PA | $ - | $ - | $ - | TBD - Unliquidated |
| Patrick McGovern Foundation | 9 | Nonpriority Unsecured | P.O. Box 171536 | MA | $ 402,203.48 | $ 500,000.00 | $ 450,000.00 | Ordered 4/25/25 |
| Wilmington Savings Fund Society, FSB | 10 | Secured | 1818 Market Street | PA | $ - | $ 179,666.67 | $ - | Withdrawn per settlement agreement, order approving 4/4/2025 |
| Bill & Melinda Gates Foundation | 11 | Nonpriority Unsecured | 10100 Santa Monica Blvd | CA | $ 949,816.61 | $ 1,900,000.00 | $ 1,900,000.00 | Claim for unknown amount partially Uniliquidated - TBD. |
| Commonwealth of PA - UCTS | 12 | Priority | PO BOX 68568 | PA | $ - | $ 366.21 | $ 366.21 | Matches scheduled amount |
| | | | | | $ 2,263,578.46 | $ 4,815,462.96 | $ 3,664,561.30 | |