**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 7 ) ) |
| BENEFITS DATA TRUST, | ) Case No. 24-13656-AMC ) |
| Debtor. | ) ) |

## ORDER

**AND NOW**, this ____ day of ____, 2025, upon consideration of the Motion of Lynn E. Feldman, Esquire, Chapter 7 Trustee (the "Trustee") to Make An Interim Distribution to Creditors Pursuant to 11 U.S.C. §§ 105, 704 and 726 (the "Motion"), and after notice and hearing; it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that upon the later of approval of this Motion or upon approval of the Professional Fees[1], the Trustee is authorized to make the Interim Distribution as set forth in the Distribution Schedule attached to the Motion as Exhibit "A"; and it is further

**ORDERED** that the balance of the funds in the Trustee's account for the Debtor's estate shall continue to be held by the Trustee until further order of this Court.

**BY THE COURT:**

_____
HONORABLE ASHELY M. CHAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to the Motion.

DM3\11328604.5