**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BENEFITS DATA TRUST, | ) Case No. 24-13656-AMC |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Lynn E. Feldman, Esquire, Chapter 7 Trustee, for Entry of an Order Authorizing and Approving a Settlement Agreement Pursuant to Bankruptcy Rule 9019 with Lawrence G. McMichael, as Trustee of the Benefits Data Trust Irrevocable Trust* (the "Motion") which was filed with the Court on April 7, 2026 at Docket No. 166.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of the Motion filed at Docket No. 167, objections to the Motion were to be filed and served no later than April 28, 2026 at 4:00 p.m.

In light of the fact that no other party in interest or creditor has filed an answer, response or objection to the Motion, I respectfully request that this Court enter the proposed form of Order, attached hereto as Exhibit "1."

Dated: April 29, 2026

Respectfully submitted,

*/s/Lawrence J. Kotler, Esquire*
Lawrence J. Kotler, Esquire (PA I.D. 56029)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1514
Facsimile: (215) 979-1020
Email: LJKotler@duanemorris.com
*Counsel for Lynn E. Feldman, Chapter 7 Trustee*

DM3\22608730.1