**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BENEFITS DATA TRUST, | ) Case No. 24-13656-AMC |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF**
**AN ORDER AUTHORIZING THE REJECTION OF ALL REMAINING EXECUTORY**
**CONTRACTS AND GRANTING OF RELATED RELIEF**

Upon CONSIDERATION OF the *Motion of Lynn E. Feldman, Esquire, Chapter 7 Trustee (the "Trustee") For Entry of an Order Authorizing the Rejection of All Remaining Executory Contracts And Granting Of Related Relief* (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion and the hearing approving the Motion having been given; and no further notice being required; and after due deliberation, it appearing that sufficient cause exists for granting the requested relief and that the relief requested through the Motion is in the best interests of the Debtor's estate and its creditors; it is hereby:

1.      ORDERED that the Motion is GRANTED; and it is further

2.      ORDERED that the Trustee is authorized to reject the Unnecessary Executory Contracts[1] as of the date of this Order; and it is further

3.      ORDERED that any claim (or claims) by any counterparty to the Unnecessary Executory Contracts resulting from the rejection of any Unnecessary Executory Contracts shall be filed within thirty (30) days following the entry of this Order; and it is further

4.      ORDERED that in the event any counterparty to the Unnecessary Executory Contracts fails to file a claim (or claims) resulting from the rejection of any Unnecessary Executory

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

DM3\22520516.1

Contracts within the timeframe provided for herein, then such claim (or claims) shall be forever time-barred; and it is further

5.     ORDERED that this Court shall retain jurisdiction over all matters arising from or in connection with the implementation of this Order.

Dated: _____April 30_____, 2026

_____
The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge

2

DM3\22520516.1