**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | Chapter 7 |
| BENEFITS DATA TRUST[1], | Case No. 24-13656-AMC |
| Debtor. |  |

**ORDER APPROVING SETTLEMENT AGREEMENT PURSUANT
TO BANKRUPTCY RULE 9019 WITH LAWRENCE G. MCMICHAEL, AS TRUSTEE
OF THE BENEFITS DATA TRUST IRREVOCABLE TRUST**

AND NOW, this ___30th___ day of ___April___ 2026, upon the motion of Lynn E. Feldman, (the "Motion"), the duly appointed Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtor, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for entry of an order authorizing and approving the BDI Trust Settlement Agreement[2] as defined in and attached to the Motion; due notice having been given; and the Court determining that good cause and sufficient bases exist for the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The BDI Trust Settlement Agreement is APPROVED and the Parties are hereby authorized and directed to effectuate and implement the terms and conditions thereof;

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, effectuation or implementation of this Order and/or the BDI Trust Settlement Agreement.

---

[1] The last four digits of Debtor's tax identification number are 4145.

[2] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

DM3\22562494.1

**SO ORDERED.**

BY THE COURT:

_____

Ashely M. Chan, Chief
United States Bankruptcy Judge

DM3\22562494.1