# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| BENEFITS DATA TRUST, | ) Case No. 24-13656-AMC |
|  | ) |
| Debtor. | ) |
|  | ) |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION: (I) TO DEEM CERTAIN
SCHEDULED "ALLOWED" UNSECURED CLAIMS AS "LATE FILED CLAIMS" OR,
IN THE ALTERNATIVE, (II) FOR PERMISSION FOR THE CHAPTER 7 TRUSTEE
TO FILE "LATE" PROOFS OF CLAIM ON BEHALF OF SUCH CREDITORS**

Upon CONSIDERATION OF the *Motion of Lynn E. Feldman, Esquire, Chapter 7 Trustee (the "Trustee") (I) To Deem Certain Scheduled "Allowed" Unsecured Claims As "Late Filed Claims" Or, In The Alternative, (II) For Permission For The Chapter 7 Trustee To File "Late" Proofs Of Claim On Behalf Of Such Creditors* (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion and the hearing approving the Motion having been given; and no further notice being required; and after due deliberation, it appearing that sufficient cause exists for granting the requested relief and that the relief requested through the Motion is in the best interests of the Debtor's estate and its creditors; it is hereby:

1.      ORDERED that the Motion is GRANTED; and it is further

2.      ORDERED that the claims set forth on Exhibit B of the Motion (the "Late Claims") are deemed "Allowed" unsecured claims, albeit, late filed claims; and it is further

3.      ORDERED that distribution on account of the Late Claims shall be made pursuant to 11 U.S.C. §726(a)(3); and it is further

4.      ORDERED that this Court shall retain jurisdiction over all matters arising from or in connection with the implementation of this Order.

Dated: _____, 2026          _____
                                                        The Honorable Ashely M. Chan
                                                        United States Chief Bankruptcy Judge

DM3\22002294.4