## EXHIBIT B

**Summary of Consolidated Claims**
*Souce Docs: Pacer Claims Register dated 06/15/2025 & Bankruptcy Petition*

| Name | Claim No | Type | Address 1 | State | Scheduled Amount |
|------|----------|------|-----------|-------|------------------|
| Northstar Prosperity | 3-32 | Nonpriority Unsecured | PO Box 40504 | MN | $ 8,333.33 |
| Penn Asian Senior Services | 3-36 | Nonpriority Unsecured | 6926 Old York Rd. | PA | $ 29,000.00 |
| Philadelphia Chinatown Development Corpo | 3-37 | Nonpriority Unsecured | 301-305 North 9th Street | PA | $ 40,000.00 |
| Rockefeller Foundation | 3-42 | Nonpriority Unsecured | 420 Fifth Avenue | NY | $ 170,188.87 |
| Share our Strength | 3-43 | Nonpriority Unsecured | 1030 15th Street NW | DC | $ 50,000.00 |
| Spanish American Civic Assoc Equality | 3-44 | Nonpriority Unsecured | 453 SOUTH LIME STREET | PA | $ 8,823.75 |
| uAspire | 3-45 | Nonpriority Unsecured | 6 Liberty Square | NY | $ 5,875.00 |
| Vanguard Group Foundation | 3-47 | Nonpriority Unsecured | 100 Vangaurd Boulevard | MD | $ 129,000.00 |
| Wells Fargo Foundation | 3-48 | Nonpriority Unsecured | 550 S 4TH ST | PA | $ 444,444.44 |
| William Penn Foundation | 3-49 | Nonpriority Unsecured | Two Logan Square | MN | $ 71,020.61 |
| Booth Ferris Foundation via JP Morgan Chase | 3-2 | Nonpriority Unsecured | 390 Madison Avenue | WA | $ 143,615.09 |
| Comcast NBC Universal Foundation - ACP | 3-6 | Nonpriority Unsecured | Attn: Corporate Legal Dept | IL | $ 331,767.79 |
| Community College of Allegheny | 3-7 | Nonpriority Unsecured | 800 Allegheny Ave | PA | $ 9,810.00 |
| Connecticut Project | 3-9 | Nonpriority Unsecured | 139 Orange Street | PA | $ 90,000.00 |
| East Bay Community Foundation Kaiser Perma | 3-10 | Nonpriority Unsecured | 200 Frank H Ogawa Plaza | CT | $ 176,780.48 |
| Families and Workers Fund | 3-13 | Nonpriority Unsecured | 1825 Water St NW | CA | $ 95,000.00 |
| Kresge Foundation | 3-22 | Nonpriority Unsecured | 3215 W. Big Beaver Road | NY | $ 192,202.99 |
| Louisiana Office of Student Financial | 3-23 | Nonpriority Unsecured | 602 N Fifth St | PA | $ 2,937.50 |
| Michigan Health Endowment Fund | 3-24 | Nonpriority Unsecured | 9829 Spencer Road | MI | $ 106,713.12 |
| | 3-25 | | | PA | |
| | 3-28 | | | WA | $ 2,105,512.97 |
| | 3-29 | | | VA | |
| | 3-30 | | | | |