**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| BENEFITS DATA TRUST, | ) Case No. 24-13656-AMC |
|  | ) |
| Debtor. | ) |
|  | ) |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**TO:** **THE UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING NOTICES UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, NOTICE IS GIVEN THAT:**

Lynn E. Feldman, Chapter 7 Trustee of Benefits Data Trust has filed a *Motion of Lynn E. Feldman, Esquire, Chapter 7 Trustee (the "Trustee") (I) To Deem Certain Scheduled "Allowed" Unsecured Claims As "Late Filed Claims" Or, In The Alternative, (II) For Permission For The Chapter 7 Trustee To File "Late" Proofs Of Claim On Behalf Of Such Creditors* (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.**

**PLEASE TAKE FURTHER NOTICE.** If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **June 4, 2026 at 4:00 p.m.** you or your attorney must do all of the following:

a) File an answer or other response explaining your position at:

United States Bankruptcy Court
Robert C. Nix, Sr., Federal Building and Courthouse
Office of the Clerk, Suite 400
900 Market Street
Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

DM3\22002294.4

Mail a copy to:

Duane Morris LLP
Attn: Lawrence J. Kotler, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, Chief United States Bankruptcy Judge, Robert C. Nix, Sr. Federal Building and Courthouse, 900 Market Street, Courtroom #4, Philadelphia, PA  19107 on **June 17, 2026 at 12:30 p.m. ET.**

**PLEASE TAKE FURTHER NOTICE** that if a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the undersigned.

**PLEASE TAKE FURTHER NOTICE** that you may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been set, and if so, for what date and time.

Dated: May 14, 2026

DUANE MORRIS LLP

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esquire (PA I.D. 56029)
30 South 17th Street
Philadelphia, PA 19103
Telephone:	(215) 979-1514
Facsimile:	(215) 979-2010
Email: ljkotler@duanemorris.com

*Counsel to Lynn E. Feldman, Esquire, the Chapter 7 Trustee for the Debtor's Estate*

2

DM3\22002294.4